UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:    JULIEN XAVIER NEALS, USDJ                    Date: 3/21/2022
Court Reporter:   Melissa Mormile                      Civil No: 2:22-cv-668

<u>Title of the Case:</u>

Airtech International, LLC
v.
YIM, et al

<u>Appearances:</u>

Christine M. Bae and Carlton R. Asher, Attorneys for Plaintiffs
Nina Ameri, Attorney for Defendants
Joseph S. Conte, Attorney for Defendant Hyo Sun Kim

**<u>Nature of Proceedings</u>**:

In Person Oral Argument
Temporary Restraining Order to be Continued
Preliminary Injunction Hearing to be Scheduled

<u>Kimberly Darling, Courtroom Deputy</u>
to the Honorable Julien Xavier Neals, USDJ

Time Commenced: 2:10 pm
Time Concluded:    3:50 pm
Total Time: 1 hour 40 minutes