# AMERI LAW FIRM
### —— Attorneys At Law ——

March 22, 2022

Honorable Judge Julien Xavier Neals
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

      **Re:**    **AIRTECH INTERNATIONAL INC v. YIM et al**
      **Docket No.:**    **2:22-cv-00668**

Dear Honorable Neals:

    Pursuant to the Courts Order yesterday March 21, 2022, we respectfully request this Letter Order be executed until the parties can come to terms with a mutually acceptable Order to reflect the courts ruling. This Letter Order is limited to the injunction on the Defendants financial institutions. We do not want the Plaintiff to stall in getting our office a draft so they may continue their Order of an injunction prejudicing the Defendant intentionally.

    Defendant may transfer, utilize, and be relieved of any injunctions issued on the following accounts:

| Account Holder | Bank | Account |
|---|---|---|
| Byungchan Yim | Chase | 1127 |
| Byungchan Yim | TD | 8981 |
| Hans Aerospace Inc. | Chase | 8329 |
| Assured Components, LLC | Chase | 0138 |

    Specifically, paragraph four (4) of the Courts Order filed March 15, 2022 is stricken and the following banks are Ordered to resume access and give the Account Holders unencumbered access to the accounts.

**Primary Office (Hackensack)**

58-60 Main Street, 3rd Floor,       Tel. (201) 880-8999      info@amerilawfirm.com
Hackensack, New Jersey 07601      Fax. (201) 580-4311      www.amerilawfirm.com

- 2 -

      Defendants shall have unfettered access to their accounts and any prior injunctions or Orders entered against such accounts shall be void effective immediately.

      We thank the Court for its time and attention in this matter.

                                    AMERI LAW FIRM LLC

                                    _____
                                    Nima Ameri, Esq.
                                    Info@amerilawfirm.com

                                    Respectfully Submitted,

_____
SO ORDERED

NA/nk
Cc: All Counsel of Record via PACER