## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY



**CHAMBERS OF**
**JULIEN X. NEALS**
**UNITED STATES DISTRICT JUDGE**

**MARTIN LUTHER KING**
**BUILDING & U.S. COURTHOUSE**
50 Walnut Street
Newark, NJ 07102
(973) 645-6042

March 22, 2022

### LETTER ORDER

RE:  **AIRTECH INTERNATIONAL INC v. YIM** *et al*
     **Civil Action No. 22-668 (JXN)(AME)**

Dear Counsel:

The Court is in receipt of Defendants' proposed order [ECF No. 25] requesting that the Court strike paragraph four (4) of the Court's March 15, 2022 Temporary Restraining Order [ECF No. 13]. For the reasons discussed on the record on March 21, 2022, the Court directs the following:

(1) The temporary restraints set forth in paragraph (4) of the Court's March 15, 2022 Temporary Restraining Order [ECF No. 13], which states that "Defendants, their financial institutions, their agents, servants, employees, attorneys, shall not withdraw, transfer or otherwise alienate funds from the following bank accounts in the amounts specified," is hereby **DISSOLVED** as to the following accounts:

| Account Holder | Bank | Account |
| --- | --- | --- |
| Byungchan Yim | Chase | 1127 |
| Byungchan Yim | TD | 8981 |

| Hans Aerospace Inc. | Chase | 8329 |
| --- | --- | --- |
| Assured Components, LLC | Chase | 0138 |

(2) The parties shall continue to confer to submit a proposed order to reflect the Court's March 21, 2022 decision, which shall incorporate the terms of this Order.

**IT IS SO ORDERED.**

                                                      s/ Julien Xavier Neals
                                                     **JULIEN XAVIER NEALS**
                                                     **United States District Judge**