

| | | |
|---|---|---|
| New Jersey Office<br>Kim & Bae Building<br>2160 North Central Road, 3rd Floor<br>Fort Lee, NJ 07024<br>  201.585.2288    201.585.2246 | Manhattan Office<br>45 Rockefeller Plaza, Suite 2000<br>New York, NY 10111<br>. 212.319.6888 | Writer's e-mail<br><br>cbae@kimbae.com |

• Please reply to New Jersey Office

March 23, 2022

<u>Via ECF</u>

District Judge Julien Xavier Neals
U.S. District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *Airtech International Inc. v. Byungchan Yim, et al.*
        Case 2:22-cv-00668-JKN-AME

Dear Judge Neals,

This firm is counsel to Plaintiff Airtech International Inc. in the above matter. I write in response to the Court's Letter Order dated March 22, 2022 ("Letter Order") (ECF 27).

We respectfully request that the Court reconsider the Letter Order in light of the conclusion which we believe was reached at the hearing held on March 21, 2022 wherein the Court indicated that the Temporary Restraining Order ("TRO") (ECF 13) concerning defendants' bank accounts would be continued and that Plaintiff was required to submit a brief setting forth its reasons for the continuation of the TRO as to the bank accounts. As sent forth in our letter to Your Honor of yesterday (ECF 26), we informed Court that we would submit that brief by the end of today, March 23, 2022.

We intent to fulfill our commitment to the Court by submitting our letter brief in further support of the TRO as to the bank accounts by today and request the Court to stay or withdraw the Letter Order referred to above.

Respectfully submitted,

KIM & BAE, P. C.

   */s/  Christine Bae*
            Christine M. Bae, Esq.