# EXHIBIT A

## RE: [Urgent] 긴급부품 견적문의_인텔릭스_0329

 r.yim@hansaerospace.com
받는 사람   '이태원'; '이현기'
참조   '김정엽'; '유영훈'; '이승주'; '김일종'

 OFFER_H2022030090.pdf
76 KB

안녕하세요. Hans Aerospace 임병찬입니다.

견적서 첨부 드리오니 검토 부탁 드립니다.

감사합니다.

**Roy Yim**
**Hans Aerospace Inc**
**2225 Lemoine Ave, Ground Floor, Fort Lee, NJ 07024**
**Phone: 401-329-2167(Cell: 201-527-7654) Fax: 800-241-1692**
**D&B D-U-N-S#: 118388852, DDTC#: M45745**

Any technical data included in this e-mail is Export Controlled. Export of this information in any form is restricted by the Arms Export Control Act or the Export Administration Act of 1979, as amended seq. This information or element thereof, in any form, shall not be disclosed to a foreign person (including employees), entity, or exported from the United States without U.S. Government authority and the express written authorization of Hans Aerospace Inc. This e-mail may contain Hans Aerospace Inc Proprietary information and is to be used only for the purposes for which it has been supplied and is not to be duplicated without written permission from a duly authorized representative of Hans Aerospace Inc.

From: 이태원 <twlee@intellics.co.kr>
Sent: Tuesday, March 29, 2022 4:50 AM
To: 이현기 <hyungi@intellics.co.kr>
Cc: 김정엽 <jungyup.kim@intellics.co.kr>; 유영훈 <yyh0525@intellics.co.kr>; 이승주
Subject: [Urgent] 긴급부품 견적문의_인텔릭스_0329

RE: [URGENT] Emergency Parts Price Request Intellix 0329

r.yim@Hansaerospace.com

Recipient: Tae Won Lee, Hyun Ki Lee

Cc: Jung Yeop Kim, Young Hoon Yoo, Seung Joo Lee, Il Jeong Kim

<Attached File: OFFER_H2022030090.pdf>

Hello, I am Byung Chan Yim of Hans Aerospace.

I have price quotes as an attachment, please review it.

Thank you.

**Roy Yim**

**Hans Aerospace Inc**

**2225 Lemoine Ave, Ground Floor, Fort Lee, NJ 07024**

**Phone: 401-329-2167(Cell: 201-527-7654) Fax: 800-241-1692**

**D&B D-U-N-S#: 118388852, DDTC#: M45745**

*ISO 9001:2015 and AS9120:2016 Certified*

Any technical data included in this e-mail is Export Controlled. Export of this information in any form is restricted by the Arms Export Control Act (Title 22, U.S.C., sec 2751 et seq.) or the Export Administration act of 1979, as amended seq. This information or element thereof, in any form, shall not be disclosed to a foreign person (including foreign person employees), entity, or exported from the United States without U.S. Government authority and the express written authorization of Hans Aerospace Inc. This document may contain Hans Aerospace Inc Proprietary Information and is to be used only for the purposes for which it has been supplied and is not to be duplicated or disclosed in whole or in part without written permission from a duly authorized representative of Hans Aerospace Inc.

From: Tae Won Lee <twlee@intellics.co.kr>
Sent: Tuesday, March 29, 2022 4:50 AM
To: Hyun Gi Lee <hyungi@intellics.co.kr>
Cc: Jung Yup Kim <jungyup.kim@intellics.co.kr>; Yu Young Hoon <yyh0525@intellics.co.kr>; Sung Ju Lee
Subject: [Urgent] Emergency Part Price Request Intellics 0329