# **EXHIBIT B**



Airtech International, Inc.
2 Piermont Road
Cresskill, NJ 07626

April 17, 2022

**Attn. Mr. Sunghyun Kim / Team Leader**
**Hanwha Systems Co., Ltd / Purchasing 1Team**
14TH FL. HANWHA BUILDING 86, CHEONGGYECHEON-RO
JUNG-GU, SEOUL, 04541, KOREA

Dear Mr. Kim:

As you know, Airtech International Inc. ("Airtech") have been providing TOR GEARED-STEPPER MOTORs to Hanwha Systems Co., Ltd since 2018. The purchase order numbers were 8580019580 and 8580017744.

Airtech discovered that Byung Chan (Roy) Yim and Hans Aerospace Inc. submitted a quotation for the same items to Hanwha Systems Co., Ltd in April 2022.

We kindly request confirmation of the quotation received and the date of the quotation from Byung Chan (Roy) Yim and Hans Aerospace Inc. for the following parts:

Part number: VSS 33.200.0,6-CR GPL 32/100:1
Description: TOR GEARED-STEPPER MOTOR
Quantity: 3 pcs
Maker: Phytron, Inc

Sincerely,

JIN O LEE

*Airtech International, Inc.*
*President*

| | |
|---|---|
| **From:** | 김성현(SUNGHYUN KIM) <sh73.kim@hanwha.com> |
| **Sent:** | Monday, April 18, 2022 03:17 AM |
| **To:** | daniel@airtechus.com |
| **Subject:** | RE:Phytron사 견적 관련 요청 드립니다. |
| **Attachments:** | Letter to Hanhwa Phytron 04172022외1건.zip |

Dear Sir.

Thanks for your cooperation.

Hanwha systems Inc. Purchasing Team has not requested, nor received any official quotation from Byung Chan(Roy) Yim and Hans Aerospace Inc.

But after internal review, we have found out and confirm you that one of our engineers received a quotation for the following items from Byung Chan(Roy) Yim and Hans Aerospace Inc. on 2nd of April 2022, without acknowledging Purchasing Team through an unofficial channel.

```
Part number: VSS 33.200.0,6
Description: TOR GEARED-STEPPER MOTOR
Quantity: 3 pcs
Maker: Phytron, Inc
```

Best regards
Purchasing team leader
S.H.KIM

1