# EXHIBIT C



**Airtech International, Inc.**
2 Piermont Road
Cresskill, NJ 07626
T: 201-784-9933 F:201-784-4466
E-mail:roy@airtechus.com

| OFFER No. | Date |
|---|---|
| 1200513001- 4 | 06/22/2021 |

Validity      : 12/31/21
Prepared by   : ROY YIM

Your Ref. No:

## QUOTE TO

**HANWHA SYSTEMS CO.,LTD.**
14TH FL. HANWHA BUILDING 86 CHEONGGYECHEON-RO JUNG-GU SEOUL 04541 S.KOREA
ATTN: MR. CHANG HYUN HONG /    Email:
Fax: 82-31-280-1681

*We are pleased to offer you the under-mentioned goods on the terms and conditions.*

**TERMS & CONDITIONS**

1. Origin: U.S.A
2. Shipment: BY AIR
3. Shipping Port: FCA U.S.AIRPORT
4. Packing: STANDARD PACKING
5. Payment Term: NET 30 DAYS
6. Destination: INCHEON AIRPORT, KOREA
7. Others:

**SPECIAL CONDITIONS & COMMENT**

| No | Part No / Code | Description | Q'ty | UM | U/Price | Amount | Del. (WKS) | MOQ / MPQ | Quoted P/N | Mfg | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | VSS 33.200.0,6-CR GPL / 3101-Z00073 | MOTOR GEARED-STEPPER MOTOR | 2 | PC | $99,158.18 | $198,316.36 | 46 | 1 / 1 | | PHYTRON | |

Total (1L/l): FCA U.S.AIRPORT    $198,316.36

Accepted By

_____

Very truly yours,

*Jin Lee*/President



**Airtech International, Inc.**
2 Piermont Road
Cresskill, NJ 07626
T: 201-784-9933 F: 201-784-4466
E-mail: roy@airtechus.com

| OFFER No. | Date |
|---|---|
| 1200513001- 3 | 03/04/2021 |

Validity       : 12/31/21
Prepared by  : ROY YIM

Your Ref. No:

**QUOTE TO**

HANWHA SYSTEMS CO.,LTD.
14TH FL. HANWHA BUILDING 86 CHEONGGYECHEON-RO JUNG-GU SEOUL 04541 S.KOREA
ATTN: MR. CHANG HYUN HONG /       Email:
Fax: 82-31-280-1681

**TERMS & CONDITIONS**

1. Origin: U.S.A                              2. Shipment: BY AIR
3. Shipping Port: FCA U.S.AIRPORT             4. Packing: STANDARD PACKING
5. Payment Term: NET 30 DAYS                  6. Destination: INCHEON AIRPORT, KOREA
7. Others:

We are pleased to offer you the under-mentioned goods on the terms and conditions.
**SPECIAL CONDITIONS & COMMENT**

| No | Part No Code | Description | Q'ty | UM | U/Price | Amount | Del. (WKS) | MOQ MPQ | Quoted P/N | Mfg | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VSS 33.200.0,6-CR GPL 3101-Z00073 | MOTOR GEARED-STEPPER MOTOR | 1 | PC | ######### | $113,461.43 | 46 | 1 1 | | PHYTRON | FM MOTOR |
| 2 | VSS 33.200.0,6-CR GPL 3101-Z00073 | MOTOR GEARED-STEPPER MOTOR | 2 | PC | $99,158.18 | $198,316.36 | 46 | 1 1 | | PHYTRON | |

Total (2L/I):  FCA U.S.AIRPORT    $311,777.79

Accepted By

Very truly yours,

Jin Lee/President

Page 1 of 1

**Airtech International, Inc.**
2 Piermont Road
Cresskill, NJ 07626
T: 201-784-9933 F: 201-784-4466
E-mail: roy@airtechus.com

| OFFER No. | Date |
|---|---|
| 1200513001- 2 | 02/03/2021 |

Validity : 12/31/21
Prepared by : ROY YIM

Your Ref. No:

## QUOTE TO

**HANWHA SYSTEMS CO.,LTD.**
14TH FL. HANWHA BUILDING 86 CHEONGGYECHEON-RO JUNG-GU SEOUL
04541 S.KOREA
ATTN: MR. CHANG HYUN HONG /      Email:
Fax: 82-31-280-1681

### TERMS & CONDITIONS

1. Origin: U.S.A
2. Shipment: BY AIR
3. Shipping Port: FCA U.S.AIRPORT
4. Packing: STANDARD PACKING
5. Payment Term: NET 30 DAYS
6. Destination: INCHEON AIRPORT, KOREA
7. Others:

We are pleased to offer you the under-mentioned goods on the terms and conditions.
**SPECIAL CONDITIONS & COMMENT**

| No | Part No / Code | Description | Q'ty | UM | U/Price | Amount | Del. (WKS) | MOQ / MPQ | Quoted P/N | Mfg | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VSS 33.200.0,6-CR GPL / 3101-Z00073 | MOTOR GEARED-STEPPER MOTOR | 1 | PC | ######### | $113,461.43 | 46 | 1 / 1 | | PHYTRON | FM MOTOR |
| 2 | WI-2199 / 4719-Z00105 | ACTUATOR-FRANGIBOLT | 1 | PC | $7,557.50 | $7,557.50 | 26 | 1 / 1 | | ENSIGN | |
| 3 | WI-3768-T2 / 6031-Z00071 | WASHER-SPECIAL | 10 | PC | $56.25 | $562.50 | 14 | 10 / 1 | | ENSIGN | |
| 4 | WI-4109-2 / 6009-Z00044 | SCREW-HEX-FRANGIBOLT SCREW | 10 | PC | $200.00 | $2,000.00 | 14 | 10 / 1 | | ENSIGN | |
| 5 | WI-2957 / 6305-Z00009 | ENCLOSURE-NO.8 FRANGIBOLT ASSY | 1 | PC | $1,937.50 | $1,937.50 | 14 | 1 / 1 | | ENSIGN | |

Total (5L/I):   FCA U.S.AIRPORT    $125,518.93

Accepted By

Very truly yours,

*[signature]*

Jin Lee/President

Page 1 of 1



**Airtech International, Inc.**
2 Piermont Road
Cresskill, NJ 07626
T: 201-784-9933  F: 201-784-4466
E-mail: roy@airtechus.com

| OFFER No. | Date |
|---|---|
| 1200513001- 1 | 05/13/2020 |

Validity     : 06/11/20
Prepared by : ROY YIM

Your Ref. No:

## QUOTE TO

**HANWHA SYSTEMS CO.,LTD.**
14TH FL. HANWHA BUILDING 86 CHEONGGYECHEON-RO JUNG-GU SEOUL 04541 S.KOREA
ATTN: MR. CHANG HYUN HONG /     Email:
Fax: 82-31-280-1681

We are pleased to offer you the under-mentioned goods on the terms and conditions.

## TERMS & CONDITIONS

1. Origin: U.S.A
2. Shipment: BY AIR
3. Shipping Port: FCA U.S.AIRPORT
4. Packing: STANDARD PACKING
5. Payment Term: NET 30 DAYS
6. Destination: INCHEON AIRPORT, KOREA
7. Others:

**SPECIAL CONDITIONS & COMMENT**

| No | Part No / Code | Description | Q'ty | UM | U/Price | Amount | Del. (WKS) | MOQ / MPQ | Quoted P/N | Mfg | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VSS 33.200.0,6-CR GPL / 3101-Z00073 | MOTOR GEARED-STEPPER MOTOR | 1 | PC | ######### | $113,461.43 | 46 | 1 / 1 | | PHYTRON | FM MOTOR |
| 2 | WI-2199 / 4719-Z00105 | ACTUATOR-FRANGIBOLT | 1 | PC | $7,557.50 | $7,557.50 | 26 | 1 / 1 | | ENSIGN | |
| 3 | WI-3768-T2 / 6031-Z00071 | WASHER-SPECIAL | 10 | PC | $56.25 | $562.50 | 14 | 10 / 1 | | ENSIGN | |
| 4 | WI-4109-2 / 6009-Z00044 | SCREW-HEX-FRANGIBOLT SCREW | 10 | PC | $200.00 | $2,000.00 | 14 | 10 / 1 | | ENSIGN | |

**Total (4L/I):  FCA U.S.AIRPORT     $123,581.43**

Accepted By

Very truly yours,

Jin Lee/President

Page 1 of 1