# EXHIBIT D

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



Invoice No: H2022030036
Invoice Date: 3/25/2022

# Invoice

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
　　　　　GASAN DIGITAL 1-RO 233
　　　　　GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
　　　　　GASAN DIGITAL 1-RO 233
　　　　　GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MS. JI-YOUNG KIM
**Phone:** 070-4648-5536

**PO NO:** PO2201000155

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO: NLR(No License Required)**

| No | Part NO<br>Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|------------|-------------|-----|-----|---------|---------|--------------|
| 1 | OSD055A3949-81TS | DISPLAY | 3 | EA | $205.00 | $615.00 | OSD |

HS Code: 853120    Origin: CN    DOM: 03/2022    DOE: N/A    Traceability#:

HS: 8531.20 -1000

**Signed By:**

Byungchan Yim, President

**T/Amount : $615.00**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**Invoice No:** H2022030037
**Invoice Date:** 3/25/2022

# Invoice

**BILL TO:**
Name: SEOUL STANDARD
Address: ACE HIEND TOWER 9CHA 309HO
         GASAN DIGITAL 1-RO 233
         GUMCHEN-GU, SEOUL 08501 S.KOREA
Phone: 82 070 4648 5500

**SHIP TO:**
Name: SEOUL STANDARD
Address: ACE HIEND TOWER 9CHA 309HO
         GASAN DIGITAL 1-RO 233
         GUMCHEN-GU, SEOUL 08501 S.KOREA
Attention: MR. YOUNG JOO KIM
Phone: 82 70 4648 5506

**PO NO:** PO2201000331

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO:** NLR(No License Required)

| No | Part NO Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|---------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | W9825G6KH-5I | IC | 32 | EA | $25.00 | $800.00 | WINBOND |

HS Code: 854231    Origin: MY    DOM: 2024    DOE: N/A    Traceability#:

HS. 8542,31 -1000

Signed By:

Byungchan Yim, President

Page 1 of 1

**T/Amount : $800.00**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**Invoice No:** H2022030038
**Invoice Date:** 3/25/2022

# I n v o i c e

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
      GASAN DIGITAL 1-RO 233
      GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
      GASAN DIGITAL 1-RO 233
      GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2202000152

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO:** NLR(No License Required)

| No | Part NO<br>Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|------------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | SN74AUP1T34DCKR | IC | 300 | EA | $18.98 | $5,694.00 | TI |

HS Code: 854231   Origin: MY   DOM: N/A   DOE: N/A   Traceability#:

HS: 8542. 31 -1000

**Signed By:** *Byungchan Yim*

**Byungchan Yim, President**

**T/Amount : $5,694.00**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**Invoice No:** H20 22030039
**Invoice Date:** 3/25/2022

# I n v o i c e

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
　　　　　GASAN DIGITAL 1-RO 233
　　　　　GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
　　　　　GASAN DIGITAL 1-RO 233
　　　　　GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2202000329

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO:** NLR(No License Required)

| No | Part NO<br>Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|---|---|---|---|---|---|---|---|
| 1 | A8498SLJTR-T | IC | 200 | EA | $24.84 | $4,968.00 | ALLEGRO |

HS Code: 854231　　Origin: MX　　DOM: N/A　　　DOE: N/A　　　Traceability#:

HS: 8542.31 -1000

**Signed By:** *Rz Yim*

**Byungchan Yim, President**

**T/Amount : $4,968.00**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



HansAerospace Inc.
BEST QUALITY & PRICING

**Invoice No:** H2O22030040
**Invoice Date:** 3/25/2022

# I n v o i c e

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2203000174

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO:** NLR(No License Required)

| No | Part NO Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|---------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | HCM49S 14.318MHZ | OSCILLATOR | 1,000 | EA | $2.35 | $2,350.00 | FUJICOM |
| | 1510714R31M00 | | | | | | |

HS Code: 854231    Origin: TW    DOM: 08    DOE: N/A    Traceability#:

HS: 8542. 31 -1000

Signed By:    Byungchan Yim, President

**T/Amount : $2,350.00**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**HansAerospace** INC.
BEST QUALITY & PRICING

**Invoice No:** H202030041
**Invoice Date:** 3/25/2022

# Invoice

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2203000175

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO: NLR(No License Required)**

| No | Part NO Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|---------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | DCS 5R5 224 | CAPACITOR | 300 | EA | $2.17 | $651.00 | KOCHIP |
| | 1310-0224Z000 | | | | | | |
| | HS Code: 853229    Origin: MX    DOM: N/A | | DOE: N/A | | Traceability#: | | |

HS: 8532,29 -0000

**Signed By:** Byungchan Yim, President

**T/Amount : $651.00**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



HansAerospace Inc.
BEST QUALITY & PRICING

Invoice No: H2022030049
Invoice Date: 3/28/2022

# Invoice
### (Certificate Of Origin)

**BILL TO:**
Name: SEOUL STANDARD
Address: ACE HIEND TOWER 9CHA 309HO
　　　　　 GASAN DIGITAL 1-RO 233
　　　　　 GUMCHEN-GU, SEOUL 08501 S.KOREA
Phone: 82 070 4648 5500

**SHIP TO:**
Name: SEOUL STANDARD
Address: ACE HIEND TOWER 9CHA 309HO
　　　　　 GASAN DIGITAL 1-RO 233
　　　　　 GUMCHEN-GU, SEOUL 08501 S.KOREA
Attention: MR. YOUNG JOO KIM
Phone: 82 70 4648 5506

PO NO: PO2203000071

Payment Terms: NET 60 DAYS

FOB: FCA U.S. AIRPORT

Ship Via: FEDEX: 357 666 562, BY AIR

Export License NO: NLR(No License Required)

- Certificate of Origin Statement
I certify that The information in this document is true and accurate and I assume the responsibility for proving such representations. I understand that I am liable for any false statements or material omissions made on or in connection with this document. I agree to maintain, and present upon request, documentation necessary to support this Certificate, and to inform, in writing, all persons to whom the Certificate was given of any changes that would affect the accuracy or validity of this Certificate. The goods originate in the territory of one or both Parties and comply with the origin requirements specified for those goods in the Korea-United States of America Free Trade Agreement.
This Certificate consists of 1 pages, including all attachments

| No | Part NO Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|---------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | NI2020ED29 | LITHIUM ION BATTERY | 6 | EA | $295.66 | $1,773.96 | INSPIRED ENERGY |
| | | ADDRESS:25440 NW 8th Place, Newberry, FL, 32669 USA PHONE:1-352-472-4855 | | | | | |
| | HS Code: 850760　Origin: USA　　DOM: IE204424,IE | | DOE: N/A | | Traceability#: | | |
| 2 | NI3020QE30 | LITHIUM ION BATTERY | 4 | EA | $299.22 | $1,196.88 | INSPIRED ENEGRY |
| | | ADDRESS:25440 NW 8th Place, Newberry, FL, 32669 USA PHONE:1-352-472-4855 | | | | | |
| | HS Code: 850760　Origin: USA　　DOM: IE214110 | | DOE: N/A | | Traceability#: | | |

Signed By:

Byunghan Yim, President

**T/Amount : $2,970.84**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**HansAerospace** ᴵᴺᶜ
BEST QUALITY & PRICING

*ISO 9001:2015 and AS9120:2016 Certified*

| Invoice No: H2022040003 |
| Invoice Date: 4/4/2022 |

# Invoice

| BILL TO: | SHIP TO: |
|---|---|
| **Name:** SEOUL STANDARD | **Name:** SEOUL STANDARD |
| **Address:** ACE HIEND TOWER 9CHA 309HO | **Address:** ACE HIEND TOWER 9CHA 309HO |
| GASAN DIGITAL 1-RO 233 | GASAN DIGITAL 1-RO 233 |
| GUMCHEN-GU, SEOUL 08501 S.KOREA | GUMCHEN-GU, SEOUL 08501 S.KOREA |
| **Phone:** 82 070 4648 5500 | **Attention:** MR. YOUNG JOO KIM |
| | **Phone:** 82 70 4648 5506 |

**PO NO:** PO2203000056

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO:** NLR(No License Required)

| No | Part NO Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|---|---|---|---|---|---|---|---|
| 1 | TMS320F28379DZWTT | IC | 15 | EA | $186.88 | $2,803.20 | TI |
| | 20F28379DZWTT | | | | | | |
| | HS Code: 854231   Origin: MY   DOM: 2019   DOE: N/A   Traceability#: | | | | | | |

Signed By: *Byungchan Yim*

**Byungchan Yim, President**

**T/Amount : $2,803.20**

Page 1 of 1

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**HansAerospace**
BEST QUALITY & PRICING

*ISO 9001:2015 and AS9120:2016 Certified*

**Invoice No:** H2O22040004
**Invoice Date:** 4/4/2022

# Invoice

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2203000175

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO: NLR(No License Required)**

| No | Part NO Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|---------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | 10BQ100TRPBF | DIODE | 500 | EA | $0.90 | $450.00 | VISHAY(AU) |
| | 172010BQ10000 | | | | | | |
| | HS Code: 854110    Origin: IL    DOM: N/A    DOE: N/A    Traceability#: | | | | | | |
| 2 | 52207-0685 | CONNECTOR | 300 | EA | $0.65 | $195.00 | MOLEX(US) |
| | 611A107069000 | | | | | | |
| | HS Code: 853669    Origin: CN    DOM: N/A    DOE: N/A    Traceability#: | | | | | | |
| 3 | ZMM5236B | DIODE | 300 | EA | $0.90 | $270.00 | DIODES(US) |
| | 173ZMM5236B00 | | | | | | |
| | HS Code: 854110    Origin: CN    DOM: N/A    DOE: N/A    Traceability#: | | | | | | |

**Signed By:**

*Byungchan Yim*

**Byungchan Yim, President**

**T/Amount : $915.00**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r yim@hansaerospace.com



ISO 9001:2015 and AS9120:2016 Certified

**Invoice No: H2022040005**
**Invoice Date: 4/4/2022**

# Invoice

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
  GASAN DIGITAL 1-RO 233
  GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
  GASAN DIGITAL 1-RO 233
  GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2203000200

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO: NLR(No License Required)**

| No | Part NO Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|---------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | ADUM2250ARWZ | IC | 130 | EA | $87.43 | $11,365.90 | AD |
|  | 3090162250A00 | | | | | | |
|  | HS Code: 854231   Origin: MY   DOM: 2035   DOE: N/A   Traceability#: | | | | | | |

Signed By:

**Byungchan Yim. President**

**T/Amount : $11,365.90**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**HansAerospace** INC.
BEST QUALITY & PRICING

*ISO 9001:2015 and AS9120:2016 Certified*

**Invoice No:** H2O22040006
**Invoice Date:** 4/4/2022

# I n v o i c e

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
 GASAN DIGITAL 1-RO 233
 GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
 GASAN DIGITAL 1-RO 233
 GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2203000218

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO:** NLR(No License Required)

| No | Part NO Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|---------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | 54102-0164 | CONNECTOR | 215 | EA | $1.28 | $275.20 | MOLEX(US) |
| | 611S202016400 | | | | | | |
| | HS Code: 853669   Origin: CN   DOM: 2133 | | DOE: N/A | | Traceability#: | | |
| 2 | ECA-2AM221 | CONDENSOR | 250 | EA | $0.33 | $82.50 | PANASONIC(JP) |
| | 1310-0221MC00 | | | | | | |
| | HS Code: 853222   Origin: JP   DOM: 2140(50) 213 | | DOE: N/A | | Traceability#: | | |
| 3 | LR2512LF-01-R100-F | RESISTOR | 250 | EA | $0.24 | $60.00 | IRC(US) |
| | 1139-00R1F001 | | | | | | |
| | HS Code: 853321   Origin: MX   DOM: 2133 | | DOE: N/A | | Traceability#: | | |
| 4 | LR2512LF-01-R150-F | RESISTOR | 1,000 | EA | $0.24 | $240.00 | IRC(US) |
| | 1139-0R15F000 | | | | | | |
| | HS Code: 853321   Origin: MX   DOM: 2138 | | DOE: N/A | | Traceability#: | | |
| 5 | LR2512LF-01-R200-F | RESISTOR | 1,000 | EA | $0.23 | $230.00 | IRC(US) |
| | 1139-00R2F001 | | | | | | |
| | HS Code: 853321   Origin: MX   DOM: 2130 | | DOE: N/A | | Traceability#: | | |
| 6 | LT4356IMS-3 | IC | 180 | EA | $5.95 | $1,071.00 | LINEAR(US) |
| | 3510103561300 | | | | | | |
| | HS Code: 854239   Origin: TH   DOM: 2140,2138 | | DOE: N/A | | Traceability#: | | |

Invoice No: H2022040006

| No | Part NO<br>Customer NO | Description | | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|------------------------|-------------|---|-----|-----|---------|---------|--------------|
| 7 | MAX9155EXT | IC | | 2,500 | EA | $2.81 | $7,025.00 | MAXIM(US) |
| | 3140069155E00 | | | | | | | |
| | HS Code: 854231 | Origin: MX | DOM: 1443 | DOE: N/A | | Traceability#: | | |
| 8 | PTH12060WAZ | IC | | 430 | EA | $16.23 | $6,978.90 | TI(US) |
| | 8F512060WAZ00 | | | | | | | |
| | HS Code: 854231 | Origin: MY | DOM: 2206(250) 22 | DOE: N/A | | Traceability#: | | |

Signed By:  *Byg Yim*

Byungchan Yim, President

**T/Amount : $15,962.60**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**HansAerospace** INC.
BEST QUALITY & PRICING

ISO 9001:2015 and AS9120:2016 Certified

**Invoice No:** H2O22040007
**Invoice Date:** 4/4/2022

# Invoice

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2203000225

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO: NLR(No License Required)**

| No | Part NO<br>Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|------------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | 24LC02B-I/SN | IC | 110 | EA | $0.36 | $39.60 | MICROCHIP |
| | 319008LC02B00 | | | | | | |
| | HS Code: 854232   Origin: TH   DOM: 2137 | | DOE: N/A | | Traceability#: | | |
| 2 | LT4356HMS-1 | IC | 105 | EA | $9.53 | $1,000.65 | LINEAR |
| | 35I0104356100 | | | | | | |
| | HS Code: 854231   Origin: MY   DOM: N/A | | DOE: N/A | | Traceability#: | | |
| 3 | MBRB4H100CTT4G | SCHOTTK | 385 | EA | $1.09 | $419.65 | ON SEMI |
| | 172B4H100C00 | | | | | | |
| | HS Code: 854110   Origin: MX   DOM: 1516 | | DOE: N/A | | Traceability#: | | |
| 4 | MCR100JZHFLR100 | RESISTOR | 4,000 | EA | $0.13 | $520.00 | ROHM |
| | 1139-R100F003 | | | | | | |
| | HS Code: 854110   Origin: JP   DOM: 03/2020 | | DOE: N/A | | Traceability#: | | |
| 5 | MIC29501-3.3WU | IC | 150 | EA | $5.65 | $847.50 | MICREL |
| | 35C0059501300 | | | | | | |
| | HS Code: 854239   Origin: MX   DOM: 2101 | | DOE: N/A | | Traceability#: | | |
| 6 | SMAJ85A-E3/61 | DIODES | 200 | EA | $0.24 | $48.00 | VISHAY |
| | 171AJ85A13F00 | | | | | | |
| | HS Code: 854110   Origin: CN   DOM: 06/2018 | | DOE: N/A | | Traceability#: | | |

Page 1 of 2

Invoice No: H2022040007

| No | Part NO<br>Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|------------------------|-------------|-----|-----|---------|---------|--------------|
| 7 | SMDA24C/TR7 | TVS UNIDIRECTIONAL | 1,000 | EA | $4.30 | $4,300.00 | MICROSEMI |
|  | 175SMDA24CT00 | | | | | | |

HS Code: 854110    Origin: TH    DOM: N/A    DOE: N/A    Traceability# 2123(259)2129(375)06/21(366)

Signed By: *Byg Yim*

**Byungchan Yim, President**

T/Amount : $7,175.40

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**ISO 9001:2015 and AS9120:2016 Certified**

**Invoice No:** H2O22040008
**Invoice Date:** 4/4/2022

# Invoice

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
          GASAN DIGITAL 1-RO 233
          GUMCHEN-GU. SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
          GASAN DIGITAL 1-RO 233
          GUMCHEN-GU. SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2203000284

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO: NLR(No License Required)**

| No | Part NO<br>Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|------------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | CRCW0603127KFKEAHP | RESISTOR | 5,000 | EA | $0.03 | $150.00 | VISHAY |
| | 1114-1273F003 | | | | | | |

HS Code: 854110    Origin: IL    DOM: 2143    DOE: N/A    Traceability#:

Signed By:

**Byungchan Yim, President**

**T/Amount : $150.00**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**ISO 9001:2015 and AS9120:2016 Certified**

**Invoice No: H2O22040009**
**Invoice Date: 4/4/2022**

# I n v o i c e

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2203000355

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO: NLR(No License Required)**

| No | Part NO Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|---------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | PIC12F683-1/SN | IC | 250 | EA | $2.74 | $685.00 | MICROCHIP |
| | 329008F683100 | | | | | | |
| | HS Code: 854231   Origin: TH   DOM: 2204   DOE: N/A   Traceability#: | | | | | | |
| 2 | TCM2010-101-4P | COIL | 4,000 | EA | $0.36 | $1,440.00 | TDK |
| | 1228-01010200 | | | | | | |
| | HS Code: 854110   Origin: JP   DOM: 12/2009   DOE: N/A   Traceability#: | | | | | | |

**Signed By:**

Byungchan Yim, President

**T/Amount : $2,125.00**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



HansAerospace Inc.
BEST QUALITY & PRICING

ISO 9001:2015 and AS9120:2016 Certified

**Invoice No:** H2O22040011
**Invoice Date:** 4/4/2022

# Invoice

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2203000284

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO:** NLR(No License Required)

| No | Part NO Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|---------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | TPS56528DDA | IC | 24 | EA | $13.05 | $313.20 | TI(US) |
|   | 3550085652800 | | | | | | |

HS Code: 854231    Origin: TH    DOM: N/A    DOE: N/A    Traceability#:

**Signed By:**

Byungchan Yim, President

**T/Amount : $313.20**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**HansAerospace** INC.
BEST QUALITY & PRICING

*ISO 9001:2015 and AS9120:2016 Certified*

| | |
|---|---|
| **Invoice No:** H2O022040012 | |
| **Invoice Date:** 4/4/2022 | |

# I n v o i c e

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2203000225

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO:** NLR(No License Required)

| No | Part NO<br>Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|-----------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | CY7C1380KV33-167AXI | IC | 90 | EA | $54.79 | $4,931.10 | CYPRESS |
| | 280KV33167AXI | | | | | | |
| | HS Code: 854231 | Origin: TW | DOM: 2201 | DOE: N/A | Traceability#: | | |
| 2 | EP2C35F672I8N | IC | 15 | EA | $210.49 | $3,157.35 | ALTERA |
| | 34M672C35AF00 | | | | | | |
| | HS Code: 854231 | Origin: MY | DOM: N/A | DOE: N/A | Traceability#: | | |

**Signed By:** *Ryg Yim*

**Ryungchan Yim, President**

**T/Amount : $8,088.45**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**HansAerospace** ᴵ ᴺ ᶜ
BEST QUALITY & PRICING

*ISO 9001:2015 and AS9120:2016 Certified*

**Invoice No:** H2O22040013
**Invoice Date:** 4/4/2022

# I n v o i c e

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
GASAN DIGITAL 1-RO 233
GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2203000218

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO:** NLR(No License Required)

| No | Part NO Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|---------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | DO3316P-473MLB | INDUCTOR | 195 | EA | $1.20 | $234.00 | COILCRAFT(US) |
| | 1210-04735502 | | | | | | |
| | HS Code: 850450   Origin: VT   DOM: 32/21   DOE: N/A   Traceability#: | | | | | | |

**Signed By:** *Rgs Yim*

**Byungchan Yim, President**

**T/Amount : $234.00**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**HansAerospace**<sub>Inc.</sub>
BEST QUALITY & PRICING

**Invoice No:** H202 2040021
**Invoice Date:** 4/14/2022

*ISO 9001:2015 and AS9120:2016 Certified*

# Invoice

**BILL TO:**
Name: SEOUL STANDARD
Address: ACE HIEND TOWER 9CHA 309HO
　　　　GASAN DIGITAL 1-RO 233
　　　　GUMCHEN-GU, SEOUL 08501 S.KOREA
Phone: 82 070 4648 5500

**SHIP TO:**
Name: SEOUL STANDARD
Address: ACE HIEND TOWER 9CHA 309HO
　　　　GASAN DIGITAL 1-RO 233
　　　　GUMCHEN-GU, SEOUL 08501 S.KOREA
Attention: MR. YOUNG JOO KIM
Phone: 82 70 4648 5506

**PO NO:** PO2202000395

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO:** NLR(No License Required)

| No | Part NO<br>Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|------------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | TFP410MPAPREP | IC | 4 | EA | $73.47 | $293.88 | TI |
|  | 2FP410MPAPREP | HS: 8542.31-1000 |  |  |  |  |  |
|  | HS Code: 854231   Origin: TW   DOM: N/A   DOE: N/A   Traceability#: |  |  |  |  |  |  |

Signed By: *Byungchan Yim*

Byungchan Yim, President

**T/Amount : $293.88**

Page 1 of 1

Hans Aerospace Inc.
2225 Lemoine Ave
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**HansAerospace**
BEST QUALITY & PRICING

*ISO 9001:2015 and AS9120:2016 Certified*

**Invoice No:** H2022040022
**Invoice Date:** 4/14/2022

# Invoice

| BILL TO: | SHIP TO: |
|---|---|
| **Name:** SEOUL STANDARD | **Name:** SEOUL STANDARD |
| **Address:** ACE HIEND TOWER 9CHA 309HO | **Address:** ACE HIEND TOWER 9CHA 309HO |
| GASAN DIGITAL 1-RO 233 | GASAN DIGITAL 1-RO 233 |
| GUMCHEN-GU, SEOUL 08501 S.KOREA | GUMCHEN-GU, SEOUL 08501 S.KOREA |
| **Phone:** 82 070 4648 5500 | **Attention:** MR. YOUNG JOO KIM |
| | **Phone:** 82 70 4648 5506 |

**PO NO:** PO2202000411

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO:** NLR(No License Required)

| No | Part NO<br>Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|---|---|---|---|---|---|---|---|
| 1 | MM70-314-310B1-1-R300 | CONNECTOR | 150 | EA | $6.46 | $969.00 | JAE |
| | 60MM703143100 | | | | | | |

HS Code: 853669    Origin: TW    DOM: 220224    DOE: N/A    Traceability#:

**Signed By:**

*Byungchan Yim, President*

**T/Amount : $969.00**

Hans Aerospace Inc.
2225 Lemoine Ave
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**HansAerospace** inc
BEST QUALITY & PRICING

*ISO 9001:2015 and AS9120:2016 Certified*

**Invoice No:** H2O22040023
**Invoice Date:** 4/14/2022

# Invoice

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
          GASAN DIGITAL 1-RO 233
          GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
          GASAN DIGITAL 1-RO 233
          GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2203000218

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO:** NLR(No License Required)

| No | Part NO / Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|----|------------------------|-------------|-----|-----|---------|---------|--------------|
| 1 | 114153 | CONNECTOR | 96 | EA | $6.16 | $591.36 | ERNI(DE) |
| | 6000011415300 | | | | | | |
| | HS Code: 853669  Origin: DE  DOM: 2015  DOE: N/A  Traceability#: | | | | | | |
| 2 | 914796 | CONNECTOR | 215 | EA | $3.27 | $703.05 | ERNI(DE) |
| | 6000091479600 | | | | | | |
| | HS Code: 853669  Origin: DE  DOM: 2114  DOE: N/A  Traceability#: | | | | | | |

**Signed By:**

*Byungchan Yim, President*

**T/Amount : $1,294.41**

Page 1 of 1

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax: 800-241-1692
Email: r.yim@hansaerospace.com



**HansAerospace** INC.
BEST QUALITY & PRICING

*ISO 9001:2015 and AS9120:2016 Certified*

**Invoice No:** H2O22040024
**Invoice Date:** 4/14/2022

# Invoice
### (Certificate Of Origin)

| BILL TO: | SHIP TO: |
|---|---|
| **Name:** SEOUL STANDARD | **Name:** SEOUL STANDARD |
| **Address:** ACE HIEND TOWER 9CHA 309HO | **Address:** ACE HIEND TOWER 9CHA 309HO |
| GASAN DIGITAL 1-RO 233 | GASAN DIGITAL 1-RO 233 |
| GUMCHEN-GU, SEOUL 08501 S.KOREA | GUMCHEN-GU, SEOUL 08501 S.KOREA |
| **Phone:** 82 070 4648 5500 | **Attention:** MR. YOUNG JOO KIM |
| | **Phone:** 82 70 4648 5506 |

| | - Certificate of Origin Statement |
|---|---|
| **PO NO:** PO2203000358 | I certify that The information in this document is true and accurate and I assume the responsibility for proving such representations. I understand that I am liable for any false statements or material omissions made on or in connection with this document. I agree to maintain, and present upon request, documentation necessary to support this Certificate, and to inform, in writing, all persons to whom the Certificate was given of any changes that would affect the accuracy or validity of this Certificate. The goods originate in the territory of one or both Parties and comply with the origin requirements specified for those goods in the Korea-United States of America Free Trade Agreement |
| **Payment Terms:** NET 60 DAYS | |
| **FOB:** FCA U.S. AIRPORT | |
| **Ship Via:** FEDEX: 357 666 562, BY AIR | |
| **Export License NO:** NLR(No License Required) | This Certificate consists of 1 pages, including all attachments |

| No | Part NO Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|---|---|---|---|---|---|---|---|
| 1 | H10-76 | HEADSET | 4 | EA | $354.00 | $1,416.00 | DAVID CLARK |
| | C000OTHERS000 | ADDRESS: 360 Franklin Street Worcester, MA 01604 PHONE: 1-508-751-5800 | | | | | |
| | HS Code: 851830    Origin: USA    DOM: N/A    DOE: N/A    Traceability#: | | | | | | |

**Signed By:** *Ryu Yim*

**Byungchan Yim, President**

**T/Amount : $1,416.00**

Hans Aerospace Inc.
2225 Lemoine Ave.
Ground Floor
Fort Lee, NJ 07024, USA
Phone: 401-329-2167 Fax. 800-241-1692
Email: r.yim@hansaerospace.com



**HansAerospace**
BEST QUALITY & PRICING

*ISO 9001:2015 and AS9120:2016 Certified*

**Invoice No:** H2022040025
**Invoice Date:** 4/14/2022

# Invoice

**BILL TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
　　　　　GASAN DIGITAL 1-RO 233
　　　　　GUMCHEN-GU, SEOUL 08501 S.KOREA
**Phone:** 82 070 4648 5500

**SHIP TO:**
**Name:** SEOUL STANDARD
**Address:** ACE HIEND TOWER 9CHA 309HO
　　　　　GASAN DIGITAL 1-RO 233
　　　　　GUMCHEN-GU, SEOUL 08501 S.KOREA
**Attention:** MR. YOUNG JOO KIM
**Phone:** 82 70 4648 5506

**PO NO:** PO2204000050

**Payment Terms:** NET 60 DAYS

**FOB:** FCA U.S. AIRPORT

**Ship Via:** FEDEX: 357 666 562, BY AIR

**Export License NO:**

| No | Part NO / Customer NO | Description | Qty | UOM | U/Price | U/Total | Manufacturer |
|---|---|---|---|---|---|---|---|
| 1 | SN74AUP1T34DCKR | IC | 300 | EA | $18.98 | $5,694.00 | TI |
|  | 3340051T34D00 | | | | | | |

HS Code: 854231    Origin: TW    DOM: N/A    DOE: N/A    Traceability#:

HS: 8542-31-1000

**Signed By:**

*Byungchan Yim*

**Byungchan Yim, President**

**T/Amount : $5,694.00**