# **EXHIBIT E**

**Subject:** FW: Urgent) China Export Business CPI Group Request for cooperation in relation to E/L

**From:** Ki Deuk Kim <kidkim@qnion.com>
**Sent:** Thursday, April 28, 2022 10:04 AM
**To:** Jae Ryung Hong<jaeryung.hong@lignex1.com>; sangwook55.lee@hanwha.com
**Cc:** Hyung Mook Kim <hmkim@qnion.com>
**Subject:** RE: Urgent) China Export Business CPI Group Request for cooperation in relation to E/L

Click here to request to send original text (Request to send original text)

Received by: Head: Jae Ryung Hong/ LIGNEX1 Corporation, Vice President Sang Wook Lee/ HanHwa System

Sent by : Vice President Ki Deuk Kim/ Qnion Corporation

Thank you for your corporation in regular business affairs.

How are you?

I am Ki Deuk Kim of Qnion.

1. In relation to the CPI Group E/L our company is actively shortening our schedule and is in progress of shortening the schedule. We are personally on the phone with the management of Agent Hans Aerospace daily to request a shortening of the schedule.
2. As shown in the following e-mail, the opinion of the MTEC person in charge is that the date is uncertain, so please ask for cooperation in an official letter.

3. Our Company will share any updated contents daily.

===========================
**Business Management Team /**
**Vice President Ki Deuk**
**Qnion Co., Ltd.**

e-mail: kidkim@qnion.com
Tel:        82 - (0)42 - 719 - 2140
Direct   82 - 070 - 5105 - 1324
Line :
Fax:       82 - (0)42 - 719 - 2340

1

Mobile:82 - (0)10 - 4706 – 2634

34127 165, Jukdong-ro, Yuseong-gu, Daejeon

==============================

Original Message

**Subject :** Receiver Set Protector Module Exporter EL Current Situation

**Date :** 2022-04-27 04:44:23

**From :** <r.yim@hansaerospace.com>

**To :** 'Ki Deuk Kim' <kidkim@gnion.com>

**Cc :**

Hello. I am Byungchan Yim of Hans Aerospace.

I spoke with my case manager today but even he was unable to tell when the product will be released.

Normally after about 8 weeks, all process is usually complete, but is not always accurate.

Today's status is the same as yesterday.

Thank you.

**Roy Yim**

**Hans Aerospace Inc**

**2225 Lemoine Ave, Ground Floor, Fort Lee, NJ 07024**

**Phone: 401-329-2167(Cell: 201-527-7654) Fax: 800-241-1692**

**D&B D-U-N-S#: 118388852, DDTC#: M45745**

*ISO 9001:2015 and AS9120:2016 Certified*

Any technical data included in this e-mail is Export Controlled. Export of this information in any form is restricted by the Arms Export Control Act (Title 22, U.S.C., sec 2751 et seq.) or the Export Administration act of 1979, as amended seq. This information or element thereof, in any form, shall not be disclosed to a foreign person (including foreign person employees), entity, or exported from the United States without U.S. Government authority and the express written authorization of Hans Aerospace Inc. This document may contain Hans Aerospace Inc Proprietary Information and is to be used only for the purposes for which it has been supplied and is not to be duplicated or disclosed in whole or in part

daniel@airtechus.com

**Subject:** FW: Urgent) U국 천궁II 수출 사업 CPI社 E/L 관련 협조 요청의 건

**From:** 김기덕 <kidkim@qnion.com>
**Sent:** Thursday, April 28, 2022 10:04 AM
**To:** 홍재령 <jaeryung.hong@lignex1.com>; sangwook55.lee@hanwha.com
**Cc:** 김형묵 <hmkim@qnion.com>
**Subject:** RE: Urgent) U국 천궁II 수출 사업 CPI社 E/L 관련 협조 요청의 건

원문전송 요청시 클릭 (원문전송 요청)

수신 : 수석 홍 재령 / 주식회사 엘아이지넥스원 , 차장 이 상욱 / 한화시스템
발신 : 차장 김 기덕 / 주식회사 큐니온

평소 업무 협조에 감사 드립니다.

안녕하십니까?

(주)큐니온 김 기덕입니다.

1. CPI社 E/L 현황 관련 하여 폐사에서는 적극적으로 일정 단축 진행 하고 있으며
   매일 매일 Agent Hansaerospace 담당자와 직접 통화 하여 일정 단축 요구 진행 중입니다.

2. 하기 매일과 같이 MTEC 담당자의 의견은 본인도 언제나올지 알수 없다는 하니 공문 으로 협조 요청 바랍니다.

3. 폐사는 매일 업데이트된 내용 공유 토록 하겠습니다.

=============================
경영관리팀 / 김기덕 차장
(주)큐니온
e-mail: kidkim@qnion.com
Tel:     82 - (0)42 - 719 - 2140
직통 :   82 - 070 - 5105 - 1324
Fax:    82 - (0)42 - 719 - 2340

1