**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                    **DATE:** September 6, 2023
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET # 22-668**

Airtech International, Inc.
            vs.
Yim, et al.

**APPEARANCES:**

Christine Bae, Esq. for Plaintiff
Carlton Asher, Esq. for Plaintiff
Keith Roberts, Esq. for Defendant
Eric Alvarez, Esq. for Defendant

**Nature of Proceedings**:

Hearing held with oral argument on the pending motion to dissolve restraints.
Decision reserved.
Counsel to submit a status letter by 9/13/2023.

**Time Commenced:** 3:00
**Time Adjourned:** 4:30
**Total Time:** 1:30

                                      RoseMarie Olivieri
                                      SENIOR COURTROOM DEPUTY