UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| Airtech International Inc., <br>     *Plaintiff*, <br><br> v. <br><br> Byung Chan Yim, et al., <br>     *Defendants*. | Civil Action No. 22-668 <br> (MEF)(AME) <br><br> **ORDER** |

The Defendants' reply brief at ECF No. 143 stated that no hearing was required to resolve their motion to dissolve restraints. Oral argument was conducted on that motion, the parties sought after the argument to resolve certain matters consensually, and those efforts seem to have failed. The Defendants have now requested a hearing. See Letter (November 16, 2023), ECF No. 175.

The Court will hold the requested hearing. The parties shall each file a letter of no more than one page, on or before December 1, indicating the name of each witness they intend to put on at the hearing, and how much time they anticipate the direct examination of each witness will take. The Court will then schedule a hearing.

If either party seeks to introduce at the hearing expert evidence that has not been previously provided to the other side in final form and on a timely basis, and that has not been subject to full vetting through deposition testimony and exchange of appropriate underlying and related documents, the Court (through the undersigned or through the United States Magistrate Judge) will entertain appropriate motions in limine to preclude such expert evidence.

IT IS on this 27th day of November, 2023, so **ORDERED**.

_____

Michael E. Farbiarz, U.S.D.J.