**BRACH EICHLER** LLC

Thomas Kamvosoulis
Direct Dial: 973-403-3130
Direct Fax: 973-618-5530
E-mail: tkamvosoulis@bracheichler.com

October 17, 2024

**VIA ECF**
Hon. André M. Espinosa, U.S.M.J.
U.S. District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    Airtech International Inc. v. Yim, et al.; Case 2:22-cv-00668-MEF-AME

Dear Judge Espinosa:

      The parties write jointly pursuant to the Order (D.E. 265) directing the parties to submit by October 17, 2024 a joint status letter updating the Court on the scope of any remaining discovery and providing a proposed schedule for that discovery. This joint letter updates and supplements the joint letter dated September 17, 2024 (D.E. 264) and reference is made thereto. This joint letter also proposes an amended discovery schedule as agreed and ordered.

    **I**. **Plaintiff's Update**

        *A.  Party Discovery*

            *1.  Document Production*

                *a.  Previous Requests – Deficiencies and Incomplete Productions*

*Gmail Production*

      On September 19, 2024, Defendants produced over 155,000 pages of documents from the third discovered Gmail account, airtechuscom@gmail.com. As previously reported, Airtech has been reviewing the production. Due to the large volume of documents produced, it currently expects to complete its review no sooner than the end of this month. Rather than defer proposing a schedule any further, Airtech has incorporated into the jointly proposed schedule below its best estimate of the time that will be needed complete the review among the other tasks scheduled.

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

515 N. Flagler Drive
Suite P-300
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

October 17, 2024
Page 2

### II. Defendants' Update

Defendants have no update from the positions set forth in their portion of the September 17, 2024 joint status letter to Court (D.E. 264) other than to confirm that Defendant Byungchan Yim is prepared to certify that the production of emails collected from his personal Gmail accounts has been completed. Defendants consent to the deadlines set forth in the below jointly proposed discovery schedule.

### III. Jointly Proposed Amended Discovery Schedule

| EVENT | DATE |
|---|---|
| Date by which Defendants will produce documents from Gmail account airtechuscom@gmail.com | Completed |
| Letters to be exchanged by this date setting forth all additional sources of files to be collected and searched for responsiveness to all prior document requests. | November 15, 2024 |
| Date by which the parties will respond to the document source letters identifying sources of collection and production not yet collected, searched, and produced. | November 22, 2024 |
| Letters to be exchanged by this date setting forth all open deficiencies to be corrected in responses to written party discovery requests served before the date of this Order. | November 27, 2024 |
| Date by which the parties will serve a written response to the discovery response and production deficiency letter. | December 16, 2024 |
| Last day for written party discovery requests. | December 24, 2024 |
| Letters proposing agreements regarding non-party discovery to be exchanged by this date. | January 7, 2025 |
| Last day to serve subpoenas. | January 14, 2025[1] |
| Party document production to be substantially complete. | February 24, 2025 |
| Interim Joint Status Report due. | February 28, 2025 |

---

[1] This deadline does not apply to discovery of non-party witnesses located outside the United States. To the extent such discovery is available in the Republic of Korea pursuant to the Hague Evidence Convention, the processing of Letters of Request and conduct of any authorized discovery will take at least three months and more likely six months to a year.

October 17, 2024
Page 3

| | |
|---|---|
| Parties to notice all continuation and new party depositions. | March 3, 2025 |
| Parties to agree on deposition schedule and file joint letter regarding any dispute over party deposition schedule. | March 7, 2025 |
| First day party depositions can be conducted. | March 10, 2025 |
| Last day party depositions can be conducted. | April 11, 2025 |
| Close of fact discovery. | April 18, 2025[1] |
| Initial expert reports due on issues for which a party bears the burden. | May 20, 2025 |
| Initial expert reports due on issues for which a party does not bear the burden | June 3, 2025 |
| Opposing expert reports to those for which a party has the burden | June 20, 2025 |
| Opposing expert reports to those for which a party does not have the burden | July 3, 2025 |
| Rebuttal/responsive expert reports to opposing reports to those for which a party has the burden. | June 20, 2025 |
| Rebuttal/responsive expert reports to opposing reports to those for which a party does not have the burden. | July 17, 2025 |
| Expert discovery deadline and close of all discovery. | July 18, 2025[1] |

Respectfully submitted,

**CHO LAW GROUP, LLC**

By: /s/ Kenneth K. Cho
  Kenneth K. Cho, Esq.

Ted G. Semaya, Esq.
Semaya Law Firm
Co-counsel appearing *Pro Hac Vice*

**BRACH EICHLER LLC**

By: /s/Thomas Kamvosoulis
  Thomas Kamvosoulis, Esq.