

John Simeone
Direct Dial: 973-447-9665
Direct Fax: 973-618-5985
E-mail: js@bracheichler.com

October 24, 2024

**VIA ECF**  **ORDER**
Hon. André M. Espinosa, U.S.M.J.
U.S. District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    Airtech International Inc. v. Yim, et al.; Case 2:22-cv-00668-MEF-AME

Dear Judge Espinosa:

      The parties write jointly to address a minor miscalculation set forth in the Jointly Proposed Amended Discovery Schedule enclosed in our October 17, 2024 (*D.E. 267*) submission to Your Honor.

      In that October 17, 2024 schedule, the deadline to submit an "opposing expert report[] to those for which a party has the burden" is June 20, 2025. That schedule also applies that same June 20, 2025 deadline to the submission of a "[r]ebuttal/responsive expert reports to opposing reports to those for which a party has the burden."

      The parties agree that it would be extremely onerous, if not impossible, for a party to submit a rebuttal expert report on the same date it received the opposing expert report. The parties thus consent to extending the June 20, 2025 deadline for this rebuttal report to July 11, 2025. The following Jointly Proposed Amended Discovery Schedule reflects this updated deadline, which is emphasized below.

      We thank the Court for its time and attention to this litigation.

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

515 N. Flagler Drive
Suite P-300
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

October 24, 2024
Page 2

## II. Jointly Proposed Amended Discovery Schedule

| EVENT | DATE |
|---|---|
| Date by which Defendants will produce documents from Gmail account airtechuscom@gmail.com | Completed |
| Letters to be exchanged by this date setting forth all additional sources of files to be collected and searched for responsiveness to all prior document requests. | November 15, 2024 |
| Date by which the parties will respond to the document source letters identifying sources of collection and production not yet collected, searched, and produced. | November 22, 2024 |
| Letters to be exchanged by this date setting forth all open deficiencies to be corrected in responses to written party discovery requests served before the date of this Order. | November 27, 2024 |
| Date by which the parties will serve a written response to the discovery response and production deficiency letter. | December 16, 2024 |
| Last day for written party discovery requests. | December 24, 2024 |
| Letters proposing agreements regarding non-party discovery to be exchanged by this date. | January 7, 2025 |
| Last day to serve subpoenas. | January 14, 2025[1] |
| Party document production to be substantially complete. | February 24, 2025 |
| Interim Joint Status Report due. | February 28, 2025 |
| Parties to notice all continuation and new party depositions. | March 3, 2025 |
| Parties to agree on deposition schedule and file joint letter regarding any dispute over party deposition schedule. | March 7, 2025 |
| First day party depositions can be conducted. | March 10, 2025 |
| Last day party depositions can be conducted. | April 11, 2025 |

---

[1] This deadline does not apply to discovery of non-party witnesses located outside the United States. To the extent such discovery is available in the Republic of Korea pursuant to the Hague Evidence Convention, the processing of Letters of Request and conduct of any authorized discovery will take at least three months and more likely six months to a year.

| | |
|---|---|
| Close of fact discovery. | April 18, 2025[1] |
| Initial expert reports due on issues for which a party bears the burden. | May 20, 2025 |
| Initial expert reports due on issues for which a party does not bear the burden | June 3, 2025 |
| Opposing expert reports to those for which a party has the burden | June 20, 2025 |
| Opposing expert reports to those for which a party does not have the burden | July 3, 2025 |
| Rebuttal/responsive expert reports to opposing reports to those for which a party has the burden. | *July 11, 2025* |
| Rebuttal/responsive expert reports to opposing reports to those for which a party does not have the burden. | July 17, 2025 |
| Expert discovery deadline and close of all discovery. | July 18, 2025[1] |

Respectfully submitted,

The parties' deadline to submit rebuttal/responsive expert reports to opposing reports to those for which a party has the burden is amended to July 11, 2025.

**SO ORDERED.** October 28, 2024

  */s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge

**CHO LAW GROUP, LLC**

By: */s/ Kenneth K. Cho*
     Kenneth K. Cho, Esq.

Ted G. Semaya, Esq.
Semaya Law Firm
Co-counsel appearing *Pro Hac Vice*

**BRACH EICHLER LLC**

By: */s/John Simeone*
     John Simeone, Esq.