**CHO LAW GROUP, LLC**
Kenneth K. Cho (KC-3182)
22 Paris Avenue, Suite 110 D
Rockleigh, New Jersey 07647
Tel: (201) 822-0032
Fax: (201) 822-0033
Email: kcho@cholawgrp.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AIRTECH INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> BYUNG CHAN YIM A/K/A ROY YIM, HYO SUN KIM, ASSURED COMPONENTS LLC, <br> SENSA TECHNETICS LLC, GENUINE AVIATION LLC, RFWAVE LAB INC., ARC-TECH INC., HANS AEROSPACE INC.,JOHN DOES 1-10, AND XYZ CO. 1-10, <br><br> Defendants. | Civil Action No. 22-00668-MEF-AME <br><br> **NOTICE OF MOTION TO AMEND AND SUPPLEMENT THE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT AND TO JOIN ADDITIONAL PARTIES DEFENDANT** <br><br> **FILED UNDER SEAL** <br><br> **MOTION DAY: DECEMBER 16, 2024** <br><br> **ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE THAT Plaintiff Airtech International, Inc.'s ("Airtech" or "Plaintiff"), by and through its counsel CHO LAW GROUP, LLC, pursuant to Rules 15(a)(2) and (d), and 20 of the Federal Rules of Civil Procedure, respectfully moves this Court to amend and supplement the first Amended Supplemental Complaint (DE 97), and grant joinder of additional parties defendant.

In support of this Motion, Plaintiff relies upon the pleadings and the following:

1

1. The Memorandum of Law in Support of Plaintiff's Motion to Amend and Supplement the First Amended and Supplemental Complaint, and to Join Additional Parties Defendant;

2. The Declaration of Kenneth K. Cho, Esq. dated Nov. 21, 2024 and the exhibits annexed thereto;

3. The Declaration of Amy Taylor dated Aug. 24, 2024, and the exhibits annexed thereto;

4. The Proposed Order to Amend and Supplement the First Amended and Supplemental Complaint, and to Join Additional Parties Defendant; and

5. All prior pleadings and proceedings had herein and exhibits to support this motion, reply filed hereafter or presented at any hearing on this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion to Amend and Supplement the First Amended and Supplemental Complaint, and to Join Additional Parties Defendant by entering an order granting leave to Plaintiff to file the proposed Verified Second Amended and Supplemental Complaint and for such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Motion Day: | December 16, 2024 |
| Deadline for Opposition Papers to be filed: | December 2, 2024 |
| Deadline for Reply Papers to be filed: | December 9, 2024 |

Dated: November 21, 2024

Respectfully submitted,

CHO LAW GROUP, LLC

By: /s/ Kenneth K. Cho
    Kenneth K. Cho
    kcho@cholawgrp.com

        CHO LAW GROUP, LLC
        22 Paris Avenue, Suite 110 D
        Rockleigh, NJ 07647
        Telephone: (201) 822-0032
        Facsimile:  (201) 822-0033

        Ted G. Semaya (*admitted pro hac vice*)
        ted@semayalaw.com
        SEMAYA LAW FIRM
        43 West 43rd Street, Suite 164
        New York, NY 10036-7424
        Telephone: (914) 844-6480

        Susie Kim-Levy (*admitted pro hac vice*)
        susie.kim@skimlawgroup.com
        S. KIM LAW GROUP, PLLC
        745 Fifth Avenue, Suite 500
        New York, NY 10151
        Telephone: (646) 825-2336
        Facsimile:  (646) 825-2351

*Attorneys for Plaintiff*
*Airtech International, Inc.*