# BRACH | EICHLER LLC

Thomas Kamvosoulis
Direct Dial: 973-403-3130
Direct Fax: 973-618-5530
E-mail: tkamvosoulis@bracheichler.com

November 25, 2024

**VIA ECF**

Hon. André M. Espinosa, U.S.M.J.
U.S. District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    **Airtech International, Inc. v. Yim, et al.
              Case 2:22-cv-668-JXN-AME**

Dear Magistrate Espinosa:

This firm represents Defendants in the above-captioned matter. Defendants have received Plaintiff's Motion for Leave to file a First Amended and Supplemental Complaint and to Join Additional Defendants in this action.

This motion is presently returnable on December 16, 2024. Due to the upcoming Thanksgiving holiday and other professional conflicts, Defendants respectfully request Your Honor adjourn this motion by one cycle to the next available return date – January 6, 2025. ***Plaintiff has consented to this request***.

The parties have also agreed on a proposed briefing schedule. Should Your Honor grant this request to adjourn the pending motion, the parties respectfully request the following briefing deadlines:

- Opposition papers to be filed by Defendants no later than December 16, 2024; and

- Reply papers to be filed by Plaintiff no later than December 30, 2024.

Please advise if Your Honor consents to the proposed revised briefing schedule. Thank you for Your Honor's consideration and attention to this litigation.

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

777 South Flagler Drive
Suite 800, West Tower
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

Hon. André M. Espinosa, U.S.M.J.
November 25, 2024
Page 2

Respectfully submitted,

Thomas Kamvosoulis

cc: All Counsel of Record