**CHO LAW GROUP, LLC**
Kenneth K. Cho (KC-3182)
22 Paris Avenue, Suite 110 D
Rockleigh, New Jersey 07647
Tel: (201) 822-0032
Fax: (201) 822-0033
Email: kcho@cholawgrp.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AIRTECH INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> BYUNG CHAN YIM A/K/A ROY YIM, HYO SUN KIM, ASSURED COMPONENTS LLC, SENSA TECHNETICS LLC, GENUINE AVIATION LLC, RFWAVE LAB INC., ARC-TECH INC., HANS AEROSPACE INC., JOHN DOES 1-10, AND XYZ CO. 1-10, <br><br> Defendants. | **Civil Action No. 22-00668-MEF-AME** <br><br> **NOTICE OF MOTION TO REDACT AND SEAL PARTS OF BRIEFS, DECLARATION AND EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND AND SUPPLEMENT THE AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that the undersigned attorneys for plaintiff, AIRTECH INTERNATIONAL INC., in the instant action shall apply to the United States District Court of New Jersey pursuant to Local Civil Rule 5.3(c) for an Order granting Plaintiff's Motion to Redact and Seal Parts of Briefs, Declaration and Exhibits in Support of Plaintiff's Motion to Amend and Supplement the Amended Complaint; and

TAKE FURTHER NOTICE that at the time and place aforesaid, we shall rely upon the attached declaration and index annexed hereto; and

1

TAKE FURTHER NOTICE that the within motion is submitted for a ruling on the papers pursuant to Local Civil Rule 5.3(c), unless opposition is submitted. If opposition is timely filed, we request oral argument.

Dated: January 13, 2025

                                                CHO LAW GROUP, LLC
Attorney for Plaintiff

By: */s/ Kenneth K. Cho*
    Kenneth K. Cho