**CHO LAW GROUP, LLC**
Kenneth K. Cho (KC-3182)
22 Paris Avenue, Suite 110 D
Rockleigh, New Jersey 07647
Tel: (201) 822-0032
Fax: (201) 822-0033
Email: kcho@cholawgrp.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AIRTECH INTERNATIONAL INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>BYUNG CHAN YIM A/K/A ROY YIM, et.al., <br><br>　　　　　Defendants. | Civil Action No. 22-00668-JXN-AME <br><br> **DECLARATION OF KENNETH K. CHO, ESQ.** |

I, **KENNETH K. CHO,** being of full age hereby declares as follows:

1.　I am an attorney licensed to practice law in the State of New Jersey. I am the Managing Attorney of the law firm Cho Law Group, LLC ("Cho Law Group").

2.　In this action, Cho Law Group serves as counsel to Plaintiff, Airtech International, Inc. ("Airtech" or "Plaintiff").

3.　I am lead counsel in this action on behalf of Plaintiff and submit this declaration based upon my personal knowledge.

4.　I have reviewed the documents filed at D.E. 271-1, 271-2, 271-3, 271-5, 275-1, 275-2 and Plaintiff's Reply Memorandum of Law in Support of Plaintiff's Motion to Amend and Supplement the First Amended and Supplemental Complaint and to Join Additional Parties

Defendant, and prepared an index of redactions (attached as **Exhibit A**) that identifies select portions of the briefs, declarations and exhibits ("Subject Material") that Plaintiff believes should be redacted and sealed from the public record.

     5.     On January 13, 2025, I emailed Defendants' counsel and provided a Statement of Redaction which identified the Subject Material for redaction and sealing. A true and accurate copy of my January 13, 2025 email is attached as **Exhibit B**.

     6.     On January 13, 2025, I telephoned John Simeone, Esq. to follow up on the email to Defendants' counsel and confirmed that Defendants consent to the proposed redactions contained in the Index of Redaction.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 13, 2025                       By:   */s/ Kenneth K. Cho*
                                                       Kenneth K. Cho, Esq.