# EXHIBIT A

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Memorandum of Law in Support of Plaintiff's Motion to Amend and Supplement the First Amended and Supplemental Complaint and to Join Additional Parties Defendant [DE 271-1] | | | | | |
| Page 9 | "MOM_ADD_HTC_Airtech_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.doc" | CONFIDENTIAL | Customer Name embedded in the filename | | |
| Page 10 | "Air Rover" | CONFIDENTIAL | Airtech's Vendor Name | | |
| Page 10 | "Century" | CONFIDENTIAL | Airtech's Customer Name | | |
| Page 10 | "Segi" | CONFIDENTIAL | Airtech's Customer Name | | |
| Page 10 | "Air Rover" | CONFIDENTIAL | Airtech's Vendor Name | | |
| Page 11 | "Air Rover" | CONFIDENTIAL | Airtech's Vendor Name | | |
| Declaration of Kenneth K. Cho [DE 271-2] | | | | | |
| Page 2 | "Honeywell" | CONFIDENTIAL | Airtech's Vendor Name | | |
| Page 2 | "Air Rover" | CONFIDENTIAL | Airtech's Vendor Name | | |
| Page 3 | "SNT Motiv" | CONFIDENTIAL | Airtech's Customer Name | | |
| Page 3 | "MOM_ADD_HTC_Airtech_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.doc" | CONFIDENTIAL | Customer Name embedded in the filename | | |
| Exhibits to Delaration of K. Cho [DE 271-3] | | | | | |
| p. 17/259 | "Funklind" | CONFIDENTIAL | Airtech's Vendor Name | | |
| p. 17/259 | "Analogic Ltd" | CONFIDENTIAL | Airtech's Vendor Name | | |
| p. 17/259 | "Regalo" | CONFIDENTIAL | Airtech's Vendor Name | | |
| p. 18/259 | "Regalo" | CONFIDENTIAL | Airtech's Vendor Name | | |
| p. 18/259 | "GTZ" | CONFIDENTIAL | Airtech's Vendor Name | | |
| p. 18/259 | "GTZ" | CONFIDENTIAL | Airtech's Vendor Name | | |
| p. 18/259 | "Funklind" | CONFIDENTIAL | Airtech's Vendor Name | | |
| p. 18/259 | "Regalo" | CONFIDENTIAL | Airtech's Vendor Name | | |
| p. 18/259 | "Analogic Ltd" | CONFIDENTIAL | Airtech's Vendor Name | | |
| p. 31/259 | "Unione Tech ("Unione")" | CONFIDENTIAL | Airtech's Customer Name | | |

| | | | |
|---|---|---|---|
| P. 31/259 | "SE-A Electronics ("SE-" | CONFIDENTIAL | Airtech's Customer Name |
| P. 31/259 | "A")" | CONFIDENTIAL | Airtech's Customer Name |
| P. 31/259 | "Unione. Yoon Jung Ahn" | CONFIDENTIAL | Airtech's Customer Name |
| P. 31/259 | "Unione" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 32/259 | "Unione" | CONFIDENTIAL | Name of President of Airtech's Customer |
| P. 32/259 | "Yoon Jung Ahn" | CONFIDENTIAL | Airtech's Customer Name |
| P. 32/259 | "Unione" | CONFIDENTIAL | Airtech's Customer Name |
| P. 32/259 | "Unione (SE-A Electronics)" | CONFIDENTIAL | Airtech's Customer Name |
| P. 32/259 | "SE-A" | CONFIDENTIAL | Airtech's Customer Name |
| P. 32/259 | "Unione" | CONFIDENTIAL | Airtech's Customer Name |
| P. 32/259 | "Unione" | CONFIDENTIAL | Airtech's Customer Name |
| P. 32/259 | "Yoon Jung Ahn" | CONFIDENTIAL | Name of President of Airtech's Customer |
| P. 35/259 | "SE-A Electronics, Intellics, Seoul Standard and Segi (Century)" | CONFIDENTIAL | Airtech's Customers Names |
| P. 35/259 | "SE-A" | CONFIDENTIAL | Airtech's Customer Name |
| P. 35/259 | "Intellics" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 36/259 | "Hanwha" | CONFIDENTIAL | Airtech's Customer Name |
| P. 36/259 | "Qnion Co. Ltd." | CONFIDENTIAL | Airtech's Customer Name |
| P. 36/259 | "Seoul Standard" | CONFIDENTIAL | Airtech's Customer Name |
| P. 36/259 | "Seoul Standard" | CONFIDENTIAL | Airtech's Customer Name |
| P. 38/259 | "Air Rover, Inc." | CONFIDENTIAL | Airtech's Vendor Name |
| P. 40/259 | "Hanwha Systems Co., Ltd." | CONFIDENTIAL | Airtech's Customer Name |
| P. 40/259 | "Phytron, Inc." | CONFIDENTIAL | Airtech's Vendor Name |
| P. 40/259 | "Phytron, Inc." | CONFIDENTIAL | Airtech's Vendor Name |
| P. 40/259 | "Phytron" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 40/259 | "Phytron, Inc." | CONFIDENTIAL | Airtech's Vendor Name |
| P. 40/259 | "Phytron" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 40/259 | "Aperture Optical Sciences, Inc.: ("AOS")" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 40/259 | "AOS" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 40/259 | "AOS" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 40/259 | "AOS" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 42/259 | "AIR ROVER" | CONFIDENTIAL | Airtech's Vendor Name |

| Page | Redacted Text | Designation | Category |
|---|---|---|---|
| p. 51/259 | "Unione Tech Corp. ("Unione"), R806 Isbiztower 57-2, Heungandaero" | CONFIDENTIAL | Airtech's Customer Name and Address |
| p. 51/259 | "427Beon-gil, Dongan-gu, Anyang-si Gyeonggi-do, Korea" | CONFIDENTIAL | Airtech's Customer Name and Address |
| p. 52/259 | "Se-A Electronics Co., Ltd. ("Se-A"), 513-15 Sangdaewon-dong, Jungwon-gu," | CONFIDENTIAL | Airtech's Customer Name and Address |
| p. 52/259 | "Seongnam-si, Gyeonggi-do, Korea" | CONFIDENTIAL | Airtech's Customer Name and Address |
| p. 52/259 | "Yoon Jung Ahn, President of Unione" | CONFIDENTIAL | Airtech's Customer Address |
| p. 52/259 | "Jiyoung Lee, and employee of SEGI" | CONFIDENTIAL | Airtech's Customer Name |
| p. 55/259 | "EAU Group" | CONFIDENTIAL | Airtech's Broker's Name |
| p. 56/269 | "EAU Group" | CONFIDENTIAL | Airtech's Customer Name |
| p. 63/259 | "SE-A" | CONFIDENTIAL | Airtech's Customer Name |
| p. 63/259 | "Se-" | CONFIDENTIAL | Airtech's Customer Name |
| p. 64/259 | "A")" | CONFIDENTIAL | Airtech's Customer Name |
| p. 64/259 | "SE-A" | CONFIDENTIAL | Airtech's Customer Name |
| p. 64/259 | "Se-A" | CONFIDENTIAL | Airtech's Customer Name |
| p. 64/259 | "SE-A" | CONFIDENTIAL | Airtech's Customer Name |
| p. 64/259 | "Unione" | CONFIDENTIAL | Airtech's Customer Name |
| p. 64/259 | "Yoon Jung Ahn" | CONFIDENTIAL | Airtech's Customer Name |
| p. 66/259 | "Hanwha Systems Co. Ltd." | CONFIDENTIAL | Airtech's Customer Name |
| p. 66/259 | "Hanwha" | CONFIDENTIAL | Airtech's Customer Name |
| p. 66/259 | "Phytron, Inc." | CONFIDENTIAL | Airtech's Vendor Name |
| p. 66/259 | "Phytron" | CONFIDENTIAL | Airtech's Customer Name |
| p. 66/259 | "AOS" | CONFIDENTIAL | Airtech's Vendor Name |
| p. 67/259 | "Yoon Jung Ahn" | CONFIDENTIAL | Airtech's Customer Name |
| p. 67/259 | "Unione" | CONFIDENTIAL | Airtech's Customer Name |
| p. 68/259 | "SE-A Electronics, Ldt., Unione, Seoul Standard," | CONFIDENTIAL | Airtech's Customer Name |
| p. 68/259 | "Intellics" | CONFIDENTIAL | Airtech's Vendor Name |

| | | |
|---|---|---|
| P. 79/259 | "SE-A Electronics, Unione Technologies," | CONFIDENTIAL | Airtech's Customer Name |
| P. 79/259 | "Hanwha Systems, Intellics, Korea Electro Optics Co., Inc. Qnion Ltd, Segi Co, and Seoul | CONFIDENTIAL | Airtech's Customer Name |
| P. 79/259 | "Standard" | CONFIDENTIAL | Airtech's Customer Name |
| P. 79/259 | "Phytron, Aperture Optical Sciences, and Air" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 79/259 | "Rover" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 79/259 | "EAU Group" | CONFIDENTIAL | Airtech's Broker's Name |
| P. 82/259 | "Yoon Jung Ahn, Jiyoung Lee, Unione, SEGI | CONFIDENTIAL | Airtech's Customer Names |
| P. 82/259 | "Yoon Jung Ahn, Jiyoung Lee, Unione, SEGI | CONFIDENTIAL | Airtech's Customer Names |
| P. 82/259 | "Yoon Jung Ahn, Jiyoung Lee, Unione, SEGI | CONFIDENTIAL | Airtech's Customer Names |
| P. 82/259 | "Yoon Jung Ahn, Jiyoung Lee, Unione, SEGI | CONFIDENTIAL | Airtech's Customer Names |
| P. 83/259 | "Yoon Jung Ahn, Jiyoung Lee, Unione, SEGI | CONFIDENTIAL | Airtech's Customer Names |
| P. 83/259 | "Yoon Jung Ahn, Jiyoung Lee," | CONFIDENTIAL | Airtech's Customer Names |
| P. 83/259 | "Unione, SEGI" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 106/259 | "Funklind" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 106/259 | "Analogic Ltd" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 106/259 | "Regalo" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 107/259 | "Regalo" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 107/259 | "GTZ" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 108/259 | "GTZ" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 108/259 | "Funklind" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 108/259 | "Regalo" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 108/259 | "Analogic Ltd" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 122/259 | "Unione Tech ("Unione")" | CONFIDENTIAL | Airtech's Customer Name |
| P. 122/259 | "SE-A Electronics ("SE-")" | CONFIDENTIAL | Airtech's Customer Name |
| P. 122/259 | "A")" | CONFIDENTIAL | Airtech's Customer Name |
| P. 122/259 | "Unione, Yoon Jung Ahn" | CONFIDENTIAL | Airtech's Customer Name |

| | | | |
|---|---|---|---|
| P. 122/259 | "Unione" | CONFIDENTIAL | Airtech's Customer Name |
| P. 122/259 | "Yoon Jung Ahn" | CONFIDENTIAL | Name of President of Airtech's Customer |
| P. 122/259 | "Unione" | CONFIDENTIAL | Airtech's Customer Name |
| P. 122/259 | "Unione" | CONFIDENTIAL | Airtech's Customer Name |
| P. 123/259 | "Unione" | CONFIDENTIAL | Airtech's Customer Name |
| P. 123/259 | "SE-A" | CONFIDENTIAL | Airtech's Customer Name |
| P. 123/259 | "Unione (SE-A Electronics)" | CONFIDENTIAL | Airtech's Customer Name |
| P. 123/259 | "Unione" | CONFIDENTIAL | Airtech's Customer Name |
| P. 123/259 | "Yoon Jung Ahn" | CONFIDENTIAL | Name of President of Airtech's Customer |
| P. 127/259 | "SE-A Electronics, Intellics, Seoul Standard and Segi (Century)" | CONFIDENTIAL | Airtech's Customers Names |
| P. 127/259 | "SE-A" | CONFIDENTIAL | Airtech's Customer Name |
| P. 127/259 | "Intellics" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 127/259 | "Intellics" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 127/259 | "Hanwha" | CONFIDENTIAL | Airtech's Customer Name |
| P. 127/259 | "Qnion Co. Ltd." | CONFIDENTIAL | Airtech's Customer Name |
| P. 127/259 | "Seoul Standard" | CONFIDENTIAL | Airtech's Customer Name |
| P. 127/259 | "Seoul Standard" | CONFIDENTIAL | Airtech's Customer Name |
| P. 130/259 | "Air Rover, Inc." | CONFIDENTIAL | Airtech's Vendor Name |
| P. 131/259 | "Hanwha Systems Co., Ltd." | CONFIDENTIAL | Airtech's Customer Name |
| P. 132/259 | "Phytron, Inc." | CONFIDENTIAL | Airtech's Vendor Name |
| P. 132/259 | "Phytron, Inc." | CONFIDENTIAL | Airtech's Vendor Name |
| P. 132/259 | "Phytron" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 132/259 | "Phytron" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 132/259 | "Phytron, Inc." | CONFIDENTIAL | Airtech's Vendor Name |
| P. 132/259 | "Aperture Optical Sciences, Inc.:" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 132/259 | "("AOS")" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 132/259 | "AOS" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 132/259 | "AOS" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 132/259 | "AOS" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 134/259 | "AIR ROVER" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 144/259 | "Unione Tech Corp. ("Unione"), R806 Isbiztower 57-2, Heungan-daero" | CONFIDENTIAL | Airtech's Customer Name and Address |

| | | |
|---|---|---|
| P. 144/259 | "427Beon-gil, Dongan-gu, Anyang-si Gyeonggi-do, Korea" | CONFIDENTIAL Airtech's Customer Name and Address |
| P. 144/259 | "Se-A Electronics Co., Ltd. ("Se-A"), 513-15 Sangdaewon-dong, Jungwon-gu," | CONFIDENTIAL Airtech's Customer Name and Address |
| P. 144/259 | "Seongnam-si, Gyeonggi-do, Korea" | CONFIDENTIAL Airtech's Customer Address |
| P. 144/259 | "Yoon Jung Ahn, President of Unione" | CONFIDENTIAL Airtech's Customer Name |
| P. 144/259 | "Jiyoung Lee, and employee of SEGI" | CONFIDENTIAL Airtech's Customer Name |
| P. 148/259 | "EAU Group" | CONFIDENTIAL Airtech's Broker's Name |
| P. 149/269 | "EAU Group" | CONFIDENTIAL Airtech's Broker's Name |
| P. 157/259 | "SE-A" | CONFIDENTIAL Airtech's Customer Name |
| P. 157/259 | "Se-" | CONFIDENTIAL Airtech's Customer Name |
| P. 157/259 | "Unione" | CONFIDENTIAL Airtech's Customer Name |
| P. 157/259 | "A")" | CONFIDENTIAL Airtech's Customer Name |
| P. 157/259 | "SE-A" | CONFIDENTIAL Airtech's Customer Name |
| P. 157/259 | "Se-A" | CONFIDENTIAL Airtech's Customer Name |
| P. 157/259 | "SE-A" | CONFIDENTIAL Airtech's Customer Name |
| P. 158/259 | "Unione" | CONFIDENTIAL Airtech's Customer Name |
| P. 158/259 | "Yoon Jung Ahn" | CONFIDENTIAL Airtech's Customer Name |
| P. 159/259 | "Hanwha Systems Co. Ltd." | CONFIDENTIAL Airtech's Customer Name |
| P. 159/259 | "Hanwha" | CONFIDENTIAL Airtech's Customer Name |
| P. 160/259 | "Phytron, Inc." | CONFIDENTIAL Airtech's Vendor Name |
| P. 160/259 | "Phytron" | CONFIDENTIAL Airtech's Vendor Name |
| P. 160/259 | "AOS" | CONFIDENTIAL Airtech's Vendor Name |
| P. 161/259 | "Yoon Jung Ahn" | CONFIDENTIAL Airtech's Customer Name |
| P. 161/259 | "Unione" | CONFIDENTIAL Airtech's Customer Name |
| P. 161/259 | "SE-A Electronics, Ldt., Unione, Seoul Standard," | CONFIDENTIAL Airtech's Customer Name |
| P. 161/259 | "Intellics" | CONFIDENTIAL Airtech's Vendor Name |
| P. 176/259 | "SE-A Electronics, Unione Technologies," | CONFIDENTIAL Airtech's Customer Name |

*Airtech International Inc. v. Byungchan Yim et al.* (2:22cv668)

Index of Redactions
Motion to Amend and Supplement FASC

| | | | |
|---|---|---|---|
| 176/259 | "Hanwha Systems, Intellics, Korea Electro Optics Co., Inc. Qnion Ltd, Segi Co, and Seoul | CONFIDENTIAL | Airtech's Customer Name |
| 176/259 | "Standard" | CONFIDENTIAL | Airtech's Customer Name |
| 176/259 | "Phytron, Aperture Optical Sciences, and Air" | CONFIDENTIAL | Airtech's Vendor Name |
| 176/259 | "Rover" | CONFIDENTIAL | Airtech's Vendor Name |
| 176/259 | "EAU Group" | CONFIDENTIAL | Airtech's Broker's Name |
| 179/259 | "Yoon Jung Ahn, Jiyoung Lee, Unione, SEGI | CONFIDENTIAL | Airtech's Customer Names |
| 179/259 | "Yoon Jung Ahn, Jiyoung Lee, Unione, SEGI | CONFIDENTIAL | Airtech's Customer Names |
| 179/259 | "Yoon Jung Ahn, Jiyoung Lee, Unione, SEGI | CONFIDENTIAL | Airtech's Customer Names |
| 179/259 | "Yoon Jung Ahn, Jiyoung Lee, Unione, SEGI | CONFIDENTIAL | Airtech's Customer Names |
| 180/259 | "Yoon Jung Ahn, Jiyoung Lee, Unione, SEGI | CONFIDENTIAL | Airtech's Customer Names |
| 180/259 | "Unione, SEGI" | CONFIDENTIAL | Airtech's Customer Names |
| 192/259 | "Phytron" | CONFIDENTIAL | Airtech's Vendor Name |
| 193/259 | "Hanwha System." | CONFIDENTIAL | Airtech's Customer Name |
| 193/259 | "Hanwha System." | CONFIDENTIAL | Airtech's Vendor Name |
| 193/259 | "Phytron," | CONFIDENTIAL | Airtech's Vendor Name |
| 193/259 | "Phytron?" | CONFIDENTIAL | Airtech's Vendor Name |
| 193/259 | "Phytron?" | CONFIDENTIAL | Airtech's Vendor Name |
| 194/259 | "Phytron?" | CONFIDENTIAL | Airtech's Vendor Name |
| 197/259 | "Walid:" | CONFIDENTIAL | Airtech's Vendor Name |
| 197/259 | "Phytron." | CONFIDENTIAL | Airtech's Vendor Name |
| 197/259 | "Phytron's" | CONFIDENTIAL | Airtech's Vendor Name |
| 199/259 | "Phytron" | CONFIDENTIAL | Airtech's Customer Name |
| 206/259 | "Hanwha Systems." | CONFIDENTIAL | Airtech's Customer Name |
| 208/259 | Entire Schematic Diagram | CONFIDENTIAL | Technical Information |
| | "Honeywell" & address | | Airtech's Customer Name and Address |

| Item No., Description and Part Nos. | | |
|---|---|---|
| 208/259 | "SEGI PRECISION ENG CO." & address | CONFIDENTIAL | Technical Information |
| 211/259 | Entire "Ball Thrust Bearing Inspection Report" | CONFIDENTIAL | Airtech's Customer Name and Address |
| 213/259 | Entire "CAM2 Measure Inspection Report" - page 1/3 | CONFIDENTIAL | Technical Information |
| 214/259 | Entire "CAM2 Measure Inspection Report" - page 2/3 | CONFIDENTIAL | Technical Information |
| 215/259 | Entire "CAM2 Measure Inspection Report" - page 3/3 | CONFIDENTIAL | Technical Information |
| 216/259 | Entire "CAM2 Measure Inspection Report" - page 1/3 | CONFIDENTIAL | Technical Information |
| 217/259 | Entire "CAM2 Measure Inspection Report" - page 2/3 | CONFIDENTIAL | Technical Information |
| 218/259 | Entire "CAM2 Measure Inspection Report" - page 3/3 | CONFIDENTIAL | Technical Information |
| 219/259 | Entire "CAM2 Measure Inspection Report" - page 1/3 | CONFIDENTIAL | Technical Information |
| 221/259 | Entire "Air Rover Certificate of Conformance" - page 1/2 | CONFIDENTIAL | Technical Information |
| 222/259 | Entire "Air Rover Certificate of Conformance" - page 2/2 | CONFIDENTIAL | Technical Information |
| 224/259 | Customer Name and address for "S and T MOTIVE CO., LTD." | CONFIDENTIAL | Airtech's Customer Name and Address |
| 224/259 | Handwritten Invoice # | CONFIDENTIAL | |
| 226/259 | "MOM_ADD_HTC_Airtech_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.docx" | CONFIDENTIAL | New Supplier Information |
| 227/259 | "rotary joint" | CONFIDENTIAL | Product Description |
| 227/259 | Company Names & Attendees | CONFIDENTIAL | Airtech's Customer Name |
| 227/259 | Contents of Minutes of Meeting & identification of possible sourcing supplier | CONFIDENTIAL | New Supplier Information |

| | | | |
|---|---|---|---|
| p. 228/259 | Contents of Minutes of Meeting & identification of possible sourcing supplier | CONFIDENTIAL | New Supplier Information |
| p. 230/259 | Delete message from E. Kim to BJ Kim, Esq. | ATTORNEY CLIENT COMMUNICATION/ ATTORNEY CLIENT PRIVILEGE/WORK PRODUCT IMMUNITY | Attorney Client Communication |
| p. 231/259 | Delete messages between E. Kim and BJ Kim, Esq. | ATTORNEY CLIENT COMMUNICATION/ ATTORNEY CLIENT PRIVILEGE/WORK PRODUCT IMMUNITY | Attorney Client Communication |
| p. 232/259 | Delete message from J. Lee to BJ Kim, Esq. | ATTORNEY CLIENT COMMUNICATION/ ATTORNEY CLIENT PRIVILEGE/WORK PRODUCT IMMUNITY | Attorney Client Communication |
| p. 233/259 | Delete message from BJ Kim, Esq. to J. Lee | ATTORNEY CLIENT COMMUNICATION/ ATTORNEY CLIENT PRIVILEGE/WORK PRODUCT IMMUNITY | Attorney Client Communication |
| p. 234/259 | Delete message from BJ Kim, Esq. to J. Lee | ATTORNEY CLIENT COMMUNICATION/ ATTORNEY CLIENT PRIVILEGE/WORK PRODUCT IMMUNITY | Attorney Client Communication |

*Airtech International Inc. v. Byungchan Yim et al.* (2:22cv668) | | | Index of Redactions Motion to Amend and Supplement FASC |

| | | | |
|---|---|---|---|
| P. 235/259 | Delete messages between BJ Kim, Esq. and J. Lee | ATTORNEY CLIENT COMMUNICATION/ ATTORNEY CLIENT PRIVILEGE/WORK PRODUCT IMMUNITY | Attorney Client Communication |
| P. 236/259 | Delete message from BJ Kim, Esq. to J. Lee | ATTORNEY CLIENT COMMUNICATION/ ATTORNEY CLIENT PRIVILEGE/WORK PRODUCT IMMUNITY | Attorney Client Communication |
| P. 237/259 | Delete messages between BJ Kim, Esq. and J. Lee | ATTORNEY CLIENT COMMUNICATION/ ATTORNEY CLIENT PRIVILEGE/WORK PRODUCT IMMUNITY | Attorney Client Communication |
| P. 238/259 | Delete message from BJ Kim, Esq. to J. Lee | ATTORNEY CLIENT COMMUNICATION/ ATTORNEY CLIENT PRIVILEGE/WORK PRODUCT IMMUNITY | Attorney Client Communication |
| P. 239/259 | Delete message from J. Lee to BJ Kim, Esq. | ATTORNEY CLIENT COMMUNICATION/ ATTORNEY CLIENT PRIVILEGE/WORK PRODUCT IMMUNITY | Attorney Client Communication |
| Declaration of Amy Taylor [DE 271-5] | | | |
| P. 1/19 | "Air Rover, Inc. ("Air Rover")" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 1/19 | ataylor@airrover.com | CONFIDENTIAL | Airtech's Vendor Name |
| P. 1/19 | sales@airrover.com | CONFIDENTIAL | Airtech's Vendor Name |

| | | | |
|---|---|---|---|
| P. 1/19 | "Air Rover" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 1/19 | "Air Rover" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 2/19 | "Air Rover and Air" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 2/19 | "Rover" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 2/19 | "Air Rover" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 2/19 | "FLB36BA25-001" | CONFIDENTIAL | Technical Information |
| P. 2/19 | "70-1348" | CONFIDENTIAL | Technical Information |
| P. 2/19 | "AIRROVER" | CONFIDENTIAL | Technical Information |
| P. 2/19 | "FL60BA25-001" | CONFIDENTIAL | Technical Information |
| P. 2/19 | "AIRROVER" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 2/19 | "FL60BA25-001" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 2/19 | "AIRROVER" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 3/19 | "Air Rover" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 2/19 | "AIRROVER" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 2/19 | sales@airrover.com | CONFIDENTIAL | Airtech's Vendor Name |
| P. 2/19 | "AIRROVER" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 6/19 | "Ryan Behrle" , address, phone number and email address | CONFIDENTIAL | Airtech's Vendor Name |
| P. 6/19 | "Air Rover Sale <sales@AIRROVER.COM> | CONFIDENTIAL | Technical Information |
| P. 6/19 | "FL36BA25" | CONFIDENTIAL | Technical Information |
| P. 6/19 | "FL36BA25-001" | CONFIDENTIAL | Technical Information |
| P. 6/19 | 70-1348 | CONFIDENTIAL | Technical Information |
| P. 6/19 | "Air Rover Sale <sales@AIRROVER.COM> | CONFIDENTIAL | Airtech's Vendor Name |
| P. 6/19 | "FL36BA25" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 6/19 | "AIRROVER" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 6/19 | "Air Rover, Inc" , address, telephone number, email address and website | CONFIDENTIAL | Airtech's Vendor Name |
| P. 8/19 | "Air Rover Sale <sales@AIRROVER.COM> | CONFIDENTIAL | Airtech's Vendor Name |

Case 2:22-cv-00668-MEF-AME    Document 277-2    Filed 01/13/25    Page 13 of 16 PageID: 4472

*Airtech International Inc. v. Byungchan Yim et al.* (2:22cv668)    Index of Redactions
Motion to Amend and Supplement FASC

| | | | |
|---|---|---|---|
| P. 8/19 | "Matt Morgan <mmorgan@AIRROVER.COM>" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 8/19 | "FL36BA25" | P. 8/19 | Technical Information |
| P. 8/19 | "FL60BA25-001" | P. 8/19 | Technical Information |
| P. 8/19 | "Air Rover, Inc", address, telephone number, email address and website | CONFIDENTIAL | Airtech's Vendor Name |
| P. 8/19 | "AIRROVER" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 9/19 | ataylor@airrover.com ; sales@airrover.com ; www.airrover.com | CONFIDENTIAL | Airtech's Vendor Name |
| P. 9/19 | "Air Rover Sale <sales@AIRROVER.COM>" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 9/19 | Ryan Behrle <rbehrle@AIRROVER.COM" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 9/19 | "D. Tshimwang <dtshimwang@AIRROVER.COM" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 9/19 | "FL36BA25" | CONFIDENTIAL | Technical Information |
| P. 9/19 | "FL60BA25-001" | CONFIDENTIAL | Technical Information |
| P. 9/19 | "Air Rover, Inc", address, telephone number, email address and website | CONFIDENTIAL | Airtech's Vendor Name |
| P. 9/19 | "Air Rover Sales <sales@AIRROVER.COM>; Ryan Behrle <rbehrle@AIRROVER.COM" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 9/19 | "AIRROVER" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 10/19 | "D. Tshimwang <dtshimwang@AIRROVER.COM" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 10/19 | "FL36BA25" | CONFIDENTIAL | Technical Information |
| P. 10/19 | "FL36BA25" | CONFIDENTIAL | Technical Information |
| P. 10/19 | "FL36BA25-001" | CONFIDENTIAL | Technical Information |

*Airtech International Inc. v. Byungchan Yim et al.* (2:22cv668) — Index of Redactions — Motion to Amend and Supplement FASC

Case 2:23-cv-00668-MEF-AME   Document 277-2   Filed 01/13/25   Page 14 of 16 PageID: 4473

| Page | Content | Designation | Category |
|---|---|---|---|
| P. 10/19 | "Air Rover Sale <sales@AIRROVER.COM>  | CONFIDENTIAL | Airtech's Vendor Name |
| P. 10/19 | Ryan Behrle <rbehrle@AIRROVER.COM>" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 10/19 | "D. Tshimwang <dtshimwang@AIRROVER.COM>" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 10/19 | "FL36BA25" | CONFIDENTIAL | Technical Information |
| P. 10/19 | "FL36BA25-001" | CONFIDENTIAL | Technical Information |
| P. 10/19 | "RULCR60CA-15KW" | CONFIDENTIAL | Technical Information |
| P. 10/19 | "FL60BA25-001" | CONFIDENTIAL | Technical Information |
| P. 10/19 | "Air Rover Inc" and address | CONFIDENTIAL | Airtech's Vendor Name |
| P. 10/19 | "AIRROVER" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 12/19 | XL14 AB Compressor | CONFIDENTIAL | Technical Information |
| P. 12/19 | David 469-562-1154 | CONFIDENTIAL | Airtech's Vendor Name |
| P. 14/19 | "Air Rover Sale <sales@AIRROVER.COM>" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 14/19 | "FL60BA25-001" | CONFIDENTIAL | Technical Information |
| P. 14/19 | "H20230404 83" | CONFIDENTIAL | Technical Information |
| P. 14/19 | "Matt Morgan <mmorgan@AIRROVER.COM>" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 14/19 | "Air Rover Sale <sales@AIRROVER.COM>" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 14/19 | "Air Rover, Inc", address, telephone number, email address and website | CONFIDENTIAL | Airtech's Vendor Name |
| P. 14/19 | "Matt Morgan <mmorgan@AIRROVER.COM>" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 14/19 | "H20230404 83" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 14/19 | "AIRROVER" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 15/19 | "FL60BA25-001" | CONFIDENTIAL | Technical Information |
| P. 15/19 | "FL60BA25-" | CONFIDENTIAL | Technical Information |
| P. 15/19 | "001" | CONFIDENTIAL | Technical Information |

| Page | Redacted Text | Designation | Category |
|---|---|---|---|
| P. 15/19 | "Air Rover Sale <sales@AIRROVER.COM> | CONFIDENTIAL | Airtech's Vendor Name |
| P. 15/19 | "Matt Morgan <mmorgan@AIRROVER.COM>; D. Tshimwang <dtshimwang@AIRROVER.COM" | CONFIDENTIAL | |
| P. 15/19 | "H2023040483" | CONFIDENTIAL | Technical Information |
| P. 15/19 | "Air Rover, Inc", address, telephone number, email address and website | CONFIDENTIAL | Airtech's Vendor Name |
| P. 15/19 | "AIRROVER" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 19/19 | "[ataylor@AIRROVER.COM]" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 19/19 | "AIRROVER" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 17/19 | "Air Rover Sale <sales@AIRROVER.COM> | CONFIDENTIAL | Airtech's Vendor Name |
| | Exhibit A to J. Simeone Declaration (Aither Forensic Preliminary Engineering Investigation Report) [DE 275-1] | | |
| P. 4/13 | "Communications & Power Industries (CPI)" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 5/13 | "Unione Tech is the purchasing agency of Sea [Sea International]" | CONFIDENTIAL | Airtech's Customer Names |
| P. 5/13 | "Sea"; "Sea" and "Unione Tech" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 7/13 | Entire Column under "Listed Vendor/Product" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 7/13 | "Communications & Power Industries (CPI)" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 7/13 | (Part Number BLP2018) | CONFIDENTIAL | |
| P. 8/13 | "CPI"; "CPI"; "CPI"; "BLP2018"; "CPI's" and "CPI" | CONFIDENTIAL | Airtech's Vendor Name |
| P. 10/13 | "'KAI', 'DSK', 'KARI', 'EMWAVE', 'SATREC', MMSYS, and '13'" | CONFIDENTIAL | Airtech's Vendor Name |

*Airtech International Inc. v. Byungchan Yim et al.* (2:22cv668)

Index of Redactions
Motion to Amend and Supplement FASC

| | | |
|---|---|---|
| Reply Memorandum of Law in Support of Plaintiff's Motion to Amend and Supplement the First Amended and Supplemental Complaint and to Join Additional Parties Defendant | "Air Rover" | Airtech's Customer Name |
| Exhibit **B** to J. Simeone Declaration (Expert Witness Report by Wayne B. Norris) [DE 275-2] pages 3, 4, 11-168 | Redaction of all these full pages in their entirety. | CONFIDENTIAL — Technical Information |
| P. 10/13 | 5 instances of "MESL Microwave"; "COM DEV International"; 4 instances of "Honeywell"; "Honeywell (and COM DEV International)"; "Laser Based Measurement and Polarity"; and 2 instances of "NAECO" | CONFIDENTIAL — Airtech's Vendor Name |