# EXHIBIT B

# Kenneth Cho

| | |
|---|---|
| **From:** | Kenneth Cho |
| **Sent:** | Monday, January 13, 2025 11:53 AM |
| **To:** | Simeone, John |
| **Cc:** | Kamvosoulis, Thomas; Roberts, Keith J.; Ted Semaya; susie.kim@skimlawgroup.com |
| **Subject:** | Redactions from the Motion to Amend and Supplement the FASC |
| **Attachments:** | Index of Redactions M2AandS FASC 011325.pdf |

Dear John:

Attached, please find a proposed Index of redactions that we proposed from the papers filed in support of and in opposition to Airtech's Motion to Amend and Supplement the First Amended and Supplemental Complaint.

Please let me know if you consent to these redactions from the briefing and exhibits.

Best regards,

Ken

Kenneth K. Cho, Esq.
Cho Law Group, LLC
22 Paris Avenue, Suite 110 D
Rockleigh, NJ  07647
Tel: (201) 822-0032
Fax: (201) 822-0033
Email: kcho@cholawgrp.com

**Confidentiality Notice:** This email may contain confidential and/or privileged information.  If you received this email in error, please delete and notify the sender.