# BRACH | EICHLER LLC

John Simeone
Direct Dial: 973-447-9665
Direct Fax: 973-618-5985
E-mail: jsimeone@bracheichler.com

January 14, 2025

**VIA ECF**
Hon. André M. Espinosa, U.S.M.J.
U.S. District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    **Airtech International, Inc. v. Yim, et al.**
              **Case 2:22-cv-668-MEF-AME**

Dear Judge Espinosa:

    This firm represents Defendants in the above-captioned matter. Pursuant to the Amended Case Management Order *(D.E. 269)*, the last day to serve subpoenas is January 14, 2025. Defendants respectfully request Your Honor extend this January 14, 2025 deadline by three (3) days, such that the updated deadline to serve such subpoenas shall be January 17, 2025. Plaintiff's counsel has consented to this extension.

    Please advise if Your Honor consents to this proposed extension of the deadline to serve subpoenas. Thank you for Your Honor's consideration and attention to this litigation.

                                    Respectfully submitted,

                                    John Simeone

cc:    All Counsel of Record

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

777 South Flagler Drive
Suite 800, West Tower
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE.15918353.1/YIM003-281918