# BRACH | EICHLER LLC

John Simeone
Direct Dial: 973-447-9665
Direct Fax: 973-618-5985
E-mail: jsimeone@bracheichler.com

January 14, 2025

**VIA ECF**
Hon. André M. Espinosa, U.S.M.J.
U.S. District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  **Re:** **Airtech International, Inc. v. Yim, et al.**
     **Case 2:22-cv-668-MEF-AME**

Dear Judge Espinosa:

  This firm represents Defendants in the above-captioned matter. Defendants write to the Court to supplement its January 14, 2025 letter filed earlier today.

  As set forth in that letter, Defendants requested a three (3) day extension of the January 14, 2025 deadline to serve subpoenas, upon consent of counsel. In addition to that request, the parties also respectfully request Your Honor extend the deadline to serve subpoenas upon possible non-party witnesses who have yet to be identified in discovery to February 18, 2025.

  Defendants are presently investigating the identity of potential non-party witnesses who may be in possession of discoverable materials and will revert to counsel. Counsel consents to both of these requested modifications to the Amended Scheduling Order *(D.E. 269)*.

  Please advise if Your Honor consents to these proposed extensions of the deadline to serve subpoenas. Thank you for Your Honor's consideration and attention to this litigation.

               Respectfully submitted,

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

777 South Flagler Drive
Suite 800, West Tower
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

Hon. André M. Espinosa, U.S.M.J.
January 14, 2025
Page 2

*John Simeone*

John Simeone

cc:   All Counsel of Record