

Ted G. Semaya  
Principal

Telephone: +1.914.844.6480  
ted@semayalaw.com

January 17, 2025

**VIA ECF**  
Hon. André M. Espinosa, U.S.M.J.  
U.S. District Court of New Jersey  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street  
Newark, NJ 07102

**AMENDED SCHEDULING ORDER**

Re:   Airtech International Inc. v. Yim, et al.,  
       Civil Action No. 2:22-cv-668 (JXN) (AME);  
       Amendment of Scheduling Order

Dear Judge Espinosa:

The parties write pursuant to the telephonic status conference held Thursday, January 16, 2025 in the referenced action. Your Honor instructed counsel to submit an order consistent with the agreement of counsel and confirmed in the conference modifying the currently operative case schedule set forth in the October 28, 2025 Amended Scheduling Order (D.E. 269) and the January 15, 2025 Letter Order (D.E. 281) modifying that order.

Following please find a table of dates further amending the Amended Scheduling Order (D.E. 269) which the parties jointly request be entered as an amendment thereto:

| EVENT | DATE |
| --- | --- |
| As provided in the January 15, 2025 Letter Order D.E. 281): Date by which all subpoenas (except those further extended to February 18, 2025) are to be served. | January 17, 2025 |
| Date by which the parties must designate deficiencies in responses to the discovery requests served by the parties on each other on December 24, 2024 (which responses currently are due January 23, 2025) and to identify any other discovery deficiencies designated previously which remain unresolved. | February 7, 2025 |
| Amending the January 15, 2025 Letter Order (D.E. 281): Date by which subpoenas shall be served on possible nonparty witnesses who have yet to be identified and for currently identified nonparty witnesses as to which discovery by Plaintiff may be possible using a less time-consuming, costly and/or intrusive option such as through defense counsel, such as for cloud account providers. | February 18, 2025 |

| | |
|---|---|
| Counsel to meet and confer to agree on unresolved deficiencies to be subjects of letter motions to compel to be scheduled by the Court. Issues to be listed in the joint status report due February 28, 2025. | February 18, 2025 |

All other dates set forth in the Amended Scheduling Order (D.E. 269) remain unchanged.

For ease of reference, the current schedule (D.E. 269) as amended by the foregoing and updated, is set forth below in full:

| EVENT | DATE |
|---|---|
| Date by which Defendants will produce documents from Gmail account airtechuscom@gmail.com | Completed |
| Letters to be exchanged by this date setting forth all additional sources of files to be collected and searched for responsiveness to all prior document requests. | November 15, 2024<br>Completed |
| Date by which the parties will respond to the document source letters identifying sources of collection and production not yet collected, searched, and produced. | November 22, 2024<br>Completed |
| Letters to be exchanged by this date setting forth all open deficiencies to be corrected in responses to written party discovery requests served before the date of this Order. | November 27, 2024<br>Completed |
| Date by which the parties will serve a written response to the discovery response and production deficiency letter. | December 16, 2024<br>Completed |
| Last day for written party discovery requests. | December 24, 2024<br>Completed |
| Letters proposing agreements regarding non-party discovery to be exchanged by this date. | January 7, 2025<br>Completed |
| ~~Last day to serve subpoenas.~~<br>As provided in the January 15, 2025 Letter Order D.E. 281): Date by which all subpoenas (except those further extended to February 18, 2025) are to be served. | ~~January 14, 2025~~[1]<br>January 17, 2025[1] |
| Date by which the parties must designate deficiencies in responses to the discovery requests served by the parties on each other on | February 7, 2025 |

[1] This deadline does not apply to discovery of non-party witnesses located outside the United States. To the extent such discovery is available in the Republic of Korea pursuant to the Hague Evidence Convention, the processing of Letters of Request and conduct of any authorized discovery will take at least three months and more likely six months to a year.

| | |
|---|---|
| December 24, 2024 (which responses currently are due January 23, 2025) and to identify any other discovery deficiencies designated previously which remain unresolved. | |
| Amending the January 15, 2025 Letter Order (D.E. 281): Date by which subpoenas shall be served on possible nonparty witnesses who have yet to be identified and for currently identified nonparty witnesses as to which discovery by Plaintiff may be possible using a less time-consuming, costly and/or intrusive option such as through defense counsel, such as for cloud account providers. | February 18, 2025 |
| Party document production to be substantially complete. | February 24, 2025 |
| Interim Joint Status Report due. | February 28, 2025 |
| Parties to notice all continuation and new party depositions. | March 3, 2025 |
| Parties to agree on deposition schedule and file joint letter regarding any dispute over party deposition schedule. | March 7, 2025 |
| First day party depositions can be conducted. | March 10, 2025 |
| Last day party depositions can be conducted. | April 11, 2025 |
| Close of fact discovery. | April 18, 2025[1] |
| Initial expert reports due on issues for which a party bears the burden. | May 20, 2025 |
| Initial expert reports due on issues for which a party does not bear the burden | June 3, 2025 |
| Opposing expert reports to those for which a party has the burden | June 20, 2025 |
| Opposing expert reports to those for which a party does not have the burden | July 3, 2025 |
| Rebuttal/responsive expert reports to opposing reports to those for which a party has the burden. | July 11, 2025 |
| Rebuttal/responsive expert reports to opposing reports to those for which a party does not have the burden. | July 17, 2025 |
| Expert discovery deadline and close of all discovery. | July 18, 2025[1] |

-------------------------------------[continued on next page]-----------------------------------------------

The parties respectfully suggest that the foregoing be entered as the operative scheduling order, superseding D.E. 269.

Respectfully submitted,

**SEMAYA LAW FIRM**

By: ______________________
Ted G. Semaya, Esq. *(pro hac)*

**CHO LAW GROUP, LLC**

By: __*/s/ Kenneth K. Cho*__
Kenneth K. Cho, Esq.

*Co-counsel for Plaintiff*

**BRACH EICHLER LLC**

By: __*/s/John Simeone*__
John Simeone, Esq.

*Counsel for Defendants*

The parties' proposed amended scheduling order is **SO ORDERED.**

The Court will hold a telephonic status conference in this matter on **March 24, 2025, at 10:30 a.m., which the parties shall join by dialing 973-437-5535, access code 834 950 939#.** Three business days prior to the conference, the parties shall file a joint status letter, not to exceed three pages.

__*/s/ André M. Espinosa*__________
ANDRÉ M. ESPINOSA
United States Magistrate Judge

January 21, 2025