UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AIRTECH INTERNATIONAL, INC.,<br><br>*Plaintiff*,<br><br>vs.<br><br>BYUNG CHAN YIM A/K/A ROY YIM, HYO SUN KIM, ASSURED COMPONENTS, LLC, SENSA TECHNETICS, LLC, GENUINE AVIATION LLC, RFWAVE LAB INC., ARC-TECH INC., HANS AEROSPACE INC., JOHN DOES 1-10, AND XYZ CO. 1-10,<br><br>*Defendants*. | Civil Action No.: 2:22-cv-668-MEF-AME |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the withdrawal of Eric A. Alvarez as attorney for Defendants in this matter. Mr. Alvarez is no longer affiliated with Brach Eichler LLC.

**BRACH EICHLER LLC**

*/s/ Thomas Kamvosoulis*
Thomas Kamvosoulis, Esq.
Attorneys for Defendants

Dated: January 29, 2025

BE.15951411.1/YIM003-281918