

Ted G. Semaya  
Principal

Telephone: +1.914.844.6480  
ted@semayalaw.com

February 7, 2025

**VIA ECF**  
Hon. André M. Espinosa, U.S.M.J.  
U.S. District Court of New Jersey  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street  
Newark, NJ 07102

    Re:    Airtech International Inc. v. Yim, et al.,  
            Civil Action No. 2:22-cv-668 (JXN) (AME);  
            Amendment of Scheduling Order

Dear Judge Espinosa:

    The undersigned represent Plaintiff in the captioned action. The Amended Scheduling Order (D.E. 283) provides that by today, February 7, 2025, the parties are due to designate deficiencies in the other parties' responses to the December 24, 2024 discovery requests and to identify any other unresolved deficiencies in the other parties' discovery responses.

    Plaintiff respectfully request Your Honor extend this deadline to February 11, 2025. Defendants' counsel has consented to this extension.

    Please advise if Your Honor consents to this proposed extension of the deadline to serve subpoenas. Thank you for Your Honor's consideration and attention to this litigation..

    Respectfully submitted,

**SEMAYA LAW FIRM**

By: _/s/ Ted G. Semaya_  
     Ted G. Semaya, Esq. *(pro hac)*

**CHO LAW GROUP, LLC**

By: _/s/ Kenneth K. Cho_  
     Kenneth K. Cho, Esq.

*Co-counsel for Plaintiff*