AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ District of _____ New Jersey

AIRTECH INTERNATIONAL, INC.
                Plaintiff (s),

V.

BYUNG CHAN YIM A/K/A ROY YIM, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:22-cv-00668-MEF-AME

Notice is hereby given that, subject to approval by the court, AIRTECH INTERNATIONAL, INC. substitutes
(Party (s) Name)

CHRISTINE M. BAE _____, State Bar No. 038611994 as counsel of record in
(Name of New Attorney)

place of KENNETH K. CHO and TED G. SEMAYA _____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        KIM & BAE, P.C.
    Address:           2160 North Central Road, Third Floor, Fort Lee, NJ 07024
    Telephone:       (201) 585-2288      Facsimile (201) 585-2246
    E-Mail (Optional):  cbae@kimbae.com

I consent to the above substitution.
Date: 6-17-2025
                                       (Signature of Party (s))

I consent to being substituted.
Date: June 18, 2025
                                       (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6-19-2025
                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                 _____
                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]